**JUAN J PEREZA MORA**     **14-01392 ESL**     **EXHIBIT B**
LIQUIDATION VALUE

### CLASS 3  ORIENTAL BANK

| | | | | | |
|---|---|---|---|---|---|
| MILK QUOTA | $1,125,944.00 | | | | |
| PROPERTY | $950,000.00 | | | | |
| COLLATERAL | $2,075,944.00 | | | | |
| | | $406,904.63 | | | |
| | | $2,214,006.78 | PAYMENT | MONTH | INTEREST |
| | | $2,620,911.41 | $9,000.00 | 30 | 3.50% |
| | | $2,578,473.39 | $10,000.00 | 30 | 3.50% |
| | | $2,500,856.65 | $11,000.00 | 60 | 3.75% |
| | | $2,291,037.77 | BALLOON | | |

### CLASS 4  HATICOOP

| | | | | |
|---|---|---|---|---|
| POC 1 | $97,872.10 | | | |
| | | PAYMENT | MONTH | INTEREST |
| CUOTA SEGUNDA 37,270 | $97,872.10 | $500.00 | 60 | 3.50% |
| | $97,104.06 | $1,534.36 | 60 | 3.75% |

### CLASS 5  PEDRO L AMADOR

| | | | | |
|---|---|---|---|---|
| CLAIM NOT FILED | $160,000.00 | | | |
| | | PAYMENT | MONTH | INTEREST |
| 8,000 LTS MILK QUOTA 1ST | $160,000.00 | $938.79 | 60 | 3.50% |
| | $149,157.53 | $938.79 | 180 | 3.75% |

### CLASS 6  GENERAL UNSECURED

| | | |
|---|---|---|
| FEDERACION DE ASOC PECUARIAS | | |
| CLAIM NOT FILED | $171,800.00 | |
| | | |
| CRIM | $12,530.00 | |
| CLAIM NOT FILED | | |
| | | |
| DEPARTMENT OF TREASURY | $48.26 | |
| CLAIM NOT FILED | | |
| | | |
| PAN AMERICAN GRAIN CO | | |
| CLAIM NOT FILED | $26,215.97 | |
| TOTAL | $210,594.23 | |
| 3.25% LEGAL INTEREST | $17,858.42 | |
| TOTAL | **$228,452.65** | |

| | | |
|---|---|---|
| HATICOOP | $30,000.00 | $500.00 |
| GENERAL UNSECURED | $228,452.65 | |
| ATTORNEYS FEES | $10,000.00 | |
| TOTAL | $268,452.65 | |
| TRUSTEES FEE | $29,828.07 | |
| TOTAL | **$298,280.72** | |

**SCHEDULED PAYMENTS:**

| | | |
|---|---|---|
| $4,975.00 | 60 | $298,500.00 |
| BASE BALANCE | 60 | **$298,500.00** |