# 14-01392 ESL  ORIENTAL BANK                EXHIBIT C

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  3.500 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 03/24/2014 | 2,620,911.41 | 1 | | |
| 2 | Payment | 04/24/2014 | 9,000.00 | 30 | Monthly | 09/24/2016 |
| 3 | Payment | 10/24/2016 | 10,000.00 | 30 | Monthly | 03/24/2019 |
| 4 | Rate Change | 03/24/2019 | Rate: 3.750 % | | Compounding: Monthly | |
| 5 | Payment | 04/24/2019 | 11,000.00 | 60 | Monthly | 03/24/2024 |
| 6 | Payment | 04/24/2024 | 2,298,197.31 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 03/24/2014 | | | | 2,620,911.41 |
| 1 | 04/24/2014 | 9,000.00 | 7,644.32 | 1,355.68 | 2,619,555.73 |
| 2 | 05/24/2014 | 9,000.00 | 7,640.37 | 1,359.63 | 2,618,196.10 |
| 3 | 06/24/2014 | 9,000.00 | 7,636.41 | 1,363.59 | 2,616,832.51 |
| 4 | 07/24/2014 | 9,000.00 | 7,632.43 | 1,367.57 | 2,615,464.94 |
| 5 | 08/24/2014 | 9,000.00 | 7,628.44 | 1,371.56 | 2,614,093.38 |
| 6 | 09/24/2014 | 9,000.00 | 7,624.44 | 1,375.56 | 2,612,717.82 |
| 7 | 10/24/2014 | 9,000.00 | 7,620.43 | 1,379.57 | 2,611,338.25 |
| 8 | 11/24/2014 | 9,000.00 | 7,616.40 | 1,383.60 | 2,609,954.65 |
| 9 | 12/24/2014 | 9,000.00 | 7,612.37 | 1,387.63 | 2,608,567.02 |
| 2014 Totals | | 81,000.00 | 68,655.61 | 12,344.39 | |
| 10 | 01/24/2015 | 9,000.00 | 7,608.32 | 1,391.68 | 2,607,175.34 |
| 11 | 02/24/2015 | 9,000.00 | 7,604.26 | 1,395.74 | 2,605,779.60 |
| 12 | 03/24/2015 | 9,000.00 | 7,600.19 | 1,399.81 | 2,604,379.79 |
| 13 | 04/24/2015 | 9,000.00 | 7,596.11 | 1,403.89 | 2,602,975.90 |
| 14 | 05/24/2015 | 9,000.00 | 7,592.01 | 1,407.99 | 2,601,567.91 |
| 15 | 06/24/2015 | 9,000.00 | 7,587.91 | 1,412.09 | 2,600,155.82 |
| 16 | 07/24/2015 | 9,000.00 | 7,583.79 | 1,416.21 | 2,598,739.61 |
| 17 | 08/24/2015 | 9,000.00 | 7,579.66 | 1,420.34 | 2,597,319.27 |

## 14-01392 ESL   ORIENTAL BANK          EXHIBIT C

|    | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 18 | 09/24/2015 | 9,000.00 | 7,575.51 | 1,424.49 | 2,595,894.78 |
| 19 | 10/24/2015 | 9,000.00 | 7,571.36 | 1,428.64 | 2,594,466.14 |
| 20 | 11/24/2015 | 9,000.00 | 7,567.19 | 1,432.81 | 2,593,033.33 |
| 21 | 12/24/2015 | 9,000.00 | 7,563.01 | 1,436.99 | 2,591,596.34 |
| 2015 Totals | | 108,000.00 | 91,029.32 | 16,970.68 | |
| 22 | 01/24/2016 | 9,000.00 | 7,558.82 | 1,441.18 | 2,590,155.16 |
| 23 | 02/24/2016 | 9,000.00 | 7,554.62 | 1,445.38 | 2,588,709.78 |
| 24 | 03/24/2016 | 9,000.00 | 7,550.40 | 1,449.60 | 2,587,260.18 |
| 25 | 04/24/2016 | 9,000.00 | 7,546.18 | 1,453.82 | 2,585,806.36 |
| 26 | 05/24/2016 | 9,000.00 | 7,541.94 | 1,458.06 | 2,584,348.30 |
| 27 | 06/24/2016 | 9,000.00 | 7,537.68 | 1,462.32 | 2,582,885.98 |
| 28 | 07/24/2016 | 9,000.00 | 7,533.42 | 1,466.58 | 2,581,419.40 |
| 29 | 08/24/2016 | 9,000.00 | 7,529.14 | 1,470.86 | 2,579,948.54 |
| 30 | 09/24/2016 | 9,000.00 | 7,524.85 | 1,475.15 | 2,578,473.39 |
| 31 | 10/24/2016 | 10,000.00 | 7,520.55 | 2,479.45 | 2,575,993.94 |
| 32 | 11/24/2016 | 10,000.00 | 7,513.32 | 2,486.68 | 2,573,507.26 |
| 33 | 12/24/2016 | 10,000.00 | 7,506.06 | 2,493.94 | 2,571,013.32 |
| 2016 Totals | | 111,000.00 | 90,416.98 | 20,583.02 | |
| 34 | 01/24/2017 | 10,000.00 | 7,498.79 | 2,501.21 | 2,568,512.11 |
| 35 | 02/24/2017 | 10,000.00 | 7,491.49 | 2,508.51 | 2,566,003.60 |
| 36 | 03/24/2017 | 10,000.00 | 7,484.18 | 2,515.82 | 2,563,487.78 |
| 37 | 04/24/2017 | 10,000.00 | 7,476.84 | 2,523.16 | 2,560,964.62 |
| 38 | 05/24/2017 | 10,000.00 | 7,469.48 | 2,530.52 | 2,558,434.10 |
| 39 | 06/24/2017 | 10,000.00 | 7,462.10 | 2,537.90 | 2,555,896.20 |
| 40 | 07/24/2017 | 10,000.00 | 7,454.70 | 2,545.30 | 2,553,350.90 |
| 41 | 08/24/2017 | 10,000.00 | 7,447.27 | 2,552.73 | 2,550,798.17 |
| 42 | 09/24/2017 | 10,000.00 | 7,439.83 | 2,560.17 | 2,548,238.00 |
| 43 | 10/24/2017 | 10,000.00 | 7,432.36 | 2,567.64 | 2,545,670.36 |
| 44 | 11/24/2017 | 10,000.00 | 7,424.87 | 2,575.13 | 2,543,095.23 |
| 45 | 12/24/2017 | 10,000.00 | 7,417.36 | 2,582.64 | 2,540,512.59 |
| 2017 Totals | | 120,000.00 | 89,499.27 | 30,500.73 | |
| 46 | 01/24/2018 | 10,000.00 | 7,409.83 | 2,590.17 | 2,537,922.42 |
| 47 | 02/24/2018 | 10,000.00 | 7,402.27 | 2,597.73 | 2,535,324.69 |
| 48 | 03/24/2018 | 10,000.00 | 7,394.70 | 2,605.30 | 2,532,719.39 |
| 49 | 04/24/2018 | 10,000.00 | 7,387.10 | 2,612.90 | 2,530,106.49 |

## 14-01392 ESL   ORIENTAL BANK            EXHIBIT C

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 50 | 05/24/2018 | 10,000.00 | 7,379.48 | 2,620.52 | 2,527,485.97 |
| 51 | 06/24/2018 | 10,000.00 | 7,371.83 | 2,628.17 | 2,524,857.80 |
| 52 | 07/24/2018 | 10,000.00 | 7,364.17 | 2,635.83 | 2,522,221.97 |
| 53 | 08/24/2018 | 10,000.00 | 7,356.48 | 2,643.52 | 2,519,578.45 |
| 54 | 09/24/2018 | 10,000.00 | 7,348.77 | 2,651.23 | 2,516,927.22 |
| 55 | 10/24/2018 | 10,000.00 | 7,341.04 | 2,658.96 | 2,514,268.26 |
| 56 | 11/24/2018 | 10,000.00 | 7,333.28 | 2,666.72 | 2,511,601.54 |
| 57 | 12/24/2018 | 10,000.00 | 7,325.50 | 2,674.50 | 2,508,927.04 |
| 2018 Totals | | 120,000.00 | 88,414.45 | 31,585.55 | |
| 58 | 01/24/2019 | 10,000.00 | 7,317.70 | 2,682.30 | 2,506,244.74 |
| 59 | 02/24/2019 | 10,000.00 | 7,309.88 | 2,690.12 | 2,503,554.62 |
| 60 | 03/24/2019 | 10,000.00 | 7,302.03 | 2,697.97 | 2,500,856.65 |
| Rate | 03/24/2019 | | 0.00 | 0.00 | 2,500,856.65 |
| | 03/24/2019 | Rate: 3.750 % | Compounding: Monthly | | |
| 61 | 04/24/2019 | 11,000.00 | 7,815.18 | 3,184.82 | 2,497,671.83 |
| 62 | 05/24/2019 | 11,000.00 | 7,805.22 | 3,194.78 | 2,494,477.05 |
| 63 | 06/24/2019 | 11,000.00 | 7,795.24 | 3,204.76 | 2,491,272.29 |
| 64 | 07/24/2019 | 11,000.00 | 7,785.23 | 3,214.77 | 2,488,057.52 |
| 65 | 08/24/2019 | 11,000.00 | 7,775.18 | 3,224.82 | 2,484,832.70 |
| 66 | 09/24/2019 | 11,000.00 | 7,765.10 | 3,234.90 | 2,481,597.80 |
| 67 | 10/24/2019 | 11,000.00 | 7,754.99 | 3,245.01 | 2,478,352.79 |
| 68 | 11/24/2019 | 11,000.00 | 7,744.85 | 3,255.15 | 2,475,097.64 |
| 69 | 12/24/2019 | 11,000.00 | 7,734.68 | 3,265.32 | 2,471,832.32 |
| 2019 Totals | | 129,000.00 | 91,905.28 | 37,094.72 | |
| 70 | 01/24/2020 | 11,000.00 | 7,724.48 | 3,275.52 | 2,468,556.80 |
| 71 | 02/24/2020 | 11,000.00 | 7,714.24 | 3,285.76 | 2,465,271.04 |
| 72 | 03/24/2020 | 11,000.00 | 7,703.97 | 3,296.03 | 2,461,975.01 |
| 73 | 04/24/2020 | 11,000.00 | 7,693.67 | 3,306.33 | 2,458,668.68 |
| 74 | 05/24/2020 | 11,000.00 | 7,683.34 | 3,316.66 | 2,455,352.02 |
| 75 | 06/24/2020 | 11,000.00 | 7,672.98 | 3,327.02 | 2,452,025.00 |
| 76 | 07/24/2020 | 11,000.00 | 7,662.58 | 3,337.42 | 2,448,687.58 |
| 77 | 08/24/2020 | 11,000.00 | 7,652.15 | 3,347.85 | 2,445,339.73 |
| 78 | 09/24/2020 | 11,000.00 | 7,641.69 | 3,358.31 | 2,441,981.42 |
| 79 | 10/24/2020 | 11,000.00 | 7,631.19 | 3,368.81 | 2,438,612.61 |
| 80 | 11/24/2020 | 11,000.00 | 7,620.66 | 3,379.34 | 2,435,233.27 |
| 81 | 12/24/2020 | 11,000.00 | 7,610.10 | 3,389.90 | 2,431,843.37 |

## 14-01392 ESL   ORIENTAL BANK                        EXHIBIT C

|   | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 2020 Totals | | 132,000.00 | 92,011.05 | 39,988.95 | |
| 82 | 01/24/2021 | 11,000.00 | 7,599.51 | 3,400.49 | 2,428,442.88 |
| 83 | 02/24/2021 | 11,000.00 | 7,588.88 | 3,411.12 | 2,425,031.76 |
| 84 | 03/24/2021 | 11,000.00 | 7,578.22 | 3,421.78 | 2,421,609.98 |
| 85 | 04/24/2021 | 11,000.00 | 7,567.53 | 3,432.47 | 2,418,177.51 |
| 86 | 05/24/2021 | 11,000.00 | 7,556.80 | 3,443.20 | 2,414,734.31 |
| 87 | 06/24/2021 | 11,000.00 | 7,546.04 | 3,453.96 | 2,411,280.35 |
| 88 | 07/24/2021 | 11,000.00 | 7,535.25 | 3,464.75 | 2,407,815.60 |
| 89 | 08/24/2021 | 11,000.00 | 7,524.42 | 3,475.58 | 2,404,340.02 |
| 90 | 09/24/2021 | 11,000.00 | 7,513.56 | 3,486.44 | 2,400,853.58 |
| 91 | 10/24/2021 | 11,000.00 | 7,502.67 | 3,497.33 | 2,397,356.25 |
| 92 | 11/24/2021 | 11,000.00 | 7,491.74 | 3,508.26 | 2,393,847.99 |
| 93 | 12/24/2021 | 11,000.00 | 7,480.77 | 3,519.23 | 2,390,328.76 |
| 2021 Totals | | 132,000.00 | 90,485.39 | 41,514.61 | |
| 94 | 01/24/2022 | 11,000.00 | 7,469.78 | 3,530.22 | 2,386,798.54 |
| 95 | 02/24/2022 | 11,000.00 | 7,458.75 | 3,541.25 | 2,383,257.29 |
| 96 | 03/24/2022 | 11,000.00 | 7,447.68 | 3,552.32 | 2,379,704.97 |
| 97 | 04/24/2022 | 11,000.00 | 7,436.58 | 3,563.42 | 2,376,141.55 |
| 98 | 05/24/2022 | 11,000.00 | 7,425.44 | 3,574.56 | 2,372,566.99 |
| 99 | 06/24/2022 | 11,000.00 | 7,414.27 | 3,585.73 | 2,368,981.26 |
| 100 | 07/24/2022 | 11,000.00 | 7,403.07 | 3,596.93 | 2,365,384.33 |
| 101 | 08/24/2022 | 11,000.00 | 7,391.83 | 3,608.17 | 2,361,776.16 |
| 102 | 09/24/2022 | 11,000.00 | 7,380.55 | 3,619.45 | 2,358,156.71 |
| 103 | 10/24/2022 | 11,000.00 | 7,369.24 | 3,630.76 | 2,354,525.95 |
| 104 | 11/24/2022 | 11,000.00 | 7,357.89 | 3,642.11 | 2,350,883.84 |
| 105 | 12/24/2022 | 11,000.00 | 7,346.51 | 3,653.49 | 2,347,230.35 |
| 2022 Totals | | 132,000.00 | 88,901.59 | 43,098.41 | |
| 106 | 01/24/2023 | 11,000.00 | 7,335.09 | 3,664.91 | 2,343,565.44 |
| 107 | 02/24/2023 | 11,000.00 | 7,323.64 | 3,676.36 | 2,339,889.08 |
| 108 | 03/24/2023 | 11,000.00 | 7,312.15 | 3,687.85 | 2,336,201.23 |
| 109 | 04/24/2023 | 11,000.00 | 7,300.63 | 3,699.37 | 2,332,501.86 |
| 110 | 05/24/2023 | 11,000.00 | 7,289.07 | 3,710.93 | 2,328,790.93 |
| 111 | 06/24/2023 | 11,000.00 | 7,277.47 | 3,722.53 | 2,325,068.40 |
| 112 | 07/24/2023 | 11,000.00 | 7,265.84 | 3,734.16 | 2,321,334.24 |
| 113 | 08/24/2023 | 11,000.00 | 7,254.17 | 3,745.83 | 2,317,588.41 |

Case:14-01392-ESL12   Doc#:15-2   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit C LOAN CALCULATOR ORIENTAL BANK   Page 5 of 6

03/24/2014  4:55:11 PM  Page 5

## 14-01392 ESL   ORIENTAL BANK             EXHIBIT C

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 114 | 09/24/2023 | 11,000.00 | 7,242.46 | 3,757.54 | 2,313,830.87 |
| 115 | 10/24/2023 | 11,000.00 | 7,230.72 | 3,769.28 | 2,310,061.59 |
| 116 | 11/24/2023 | 11,000.00 | 7,218.94 | 3,781.06 | 2,306,280.53 |
| 117 | 12/24/2023 | 11,000.00 | 7,207.13 | 3,792.87 | 2,302,487.66 |
| 2023 Totals | | 132,000.00 | 87,257.31 | 44,742.69 | |
| 118 | 01/24/2024 | 11,000.00 | 7,195.27 | 3,804.73 | 2,298,682.93 |
| 119 | 02/24/2024 | 11,000.00 | 7,183.38 | 3,816.62 | 2,294,866.31 |
| 120 | 03/24/2024 | 11,000.00 | 7,171.46 | 3,828.54 | 2,291,037.77 |
| 121 | 04/24/2024 | 2,298,197.31 | 7,159.54 | 2,291,037.77 | 0.00 |
| 2024 Totals | | 2,331,197.31 | 28,709.65 | 2,302,487.66 | |
| Grand Totals | | 3,528,197.31 | 907,285.90 | 2,620,911.41 | |

Case:14-01392-ESL12 Doc#:15-2 Filed:03/25/14 Entered:03/25/14 16:58:08 Desc:
Exhibit C LOAN CALCULATOR ORIENTAL BANK Page 6 of 6

03/24/2014 4:55:11 PM Page 6

14-01392 ESL   ORIENTAL BANK                    EXHIBIT C

Last interest amount increased by 0.05 due to rounding.