Case:14-01392-ESL12 Doc#:15-3 Filed:03/25/14 Entered:03/25/14 16:58:08 Desc:
Exhibit D LOAN CALCULATOR HATICOOP Page 1 of 6

03/24/2014 4:54:32 PM Page 1

# 14-01392 ESL  HATICOOP     EXHIBIT D

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  3.500 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 03/24/2014 | 97,872.10 | 1 | | |
| 2 | Payment | 04/24/2014 | 500.00 | 60 | Monthly | 03/24/2019 |
| 3 | Rate Change | 03/24/2019 | Rate: 3.750 % | Compounding: Monthly | | |
| 4 | Payment | 04/24/2019 | 1,534.36 | 60 | Monthly | 03/24/2024 |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 03/24/2014 | | | | 97,872.10 |
| 1 | 04/24/2014 | 500.00 | 285.46 | 214.54 | 97,657.56 |
| 2 | 05/24/2014 | 500.00 | 284.83 | 215.17 | 97,442.39 |
| 3 | 06/24/2014 | 500.00 | 284.21 | 215.79 | 97,226.60 |
| 4 | 07/24/2014 | 500.00 | 283.58 | 216.42 | 97,010.18 |
| 5 | 08/24/2014 | 500.00 | 282.95 | 217.05 | 96,793.13 |
| 6 | 09/24/2014 | 500.00 | 282.31 | 217.69 | 96,575.44 |
| 7 | 10/24/2014 | 500.00 | 281.68 | 218.32 | 96,357.12 |
| 8 | 11/24/2014 | 500.00 | 281.04 | 218.96 | 96,138.16 |
| 9 | 12/24/2014 | 500.00 | 280.40 | 219.60 | 95,918.56 |
| 2014 Totals | | 4,500.00 | 2,546.46 | 1,953.54 | |
| 10 | 01/24/2015 | 500.00 | 279.76 | 220.24 | 95,698.32 |
| 11 | 02/24/2015 | 500.00 | 279.12 | 220.88 | 95,477.44 |
| 12 | 03/24/2015 | 500.00 | 278.48 | 221.52 | 95,255.92 |
| 13 | 04/24/2015 | 500.00 | 277.83 | 222.17 | 95,033.75 |
| 14 | 05/24/2015 | 500.00 | 277.18 | 222.82 | 94,810.93 |
| 15 | 06/24/2015 | 500.00 | 276.53 | 223.47 | 94,587.46 |
| 16 | 07/24/2015 | 500.00 | 275.88 | 224.12 | 94,363.34 |
| 17 | 08/24/2015 | 500.00 | 275.23 | 224.77 | 94,138.57 |
| 18 | 09/24/2015 | 500.00 | 274.57 | 225.43 | 93,913.14 |
| 19 | 10/24/2015 | 500.00 | 273.91 | 226.09 | 93,687.05 |
| 20 | 11/24/2015 | 500.00 | 273.25 | 226.75 | 93,460.30 |
| 21 | 12/24/2015 | 500.00 | 272.59 | 227.41 | 93,232.89 |
| 2015 Totals | | 6,000.00 | 3,314.33 | 2,685.67 | |

Case:14-01392-ESL12   Doc#:15-3   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit D LOAN CALCULATOR HATICOOP   Page 2 of 6

03/24/2014  4:54:32 PM  Page 2

## 14-01392 ESL  HATICOOP    EXHIBIT D

|    | Date       | Payment  | Interest | Principal | Balance   |
|----|------------|----------|----------|-----------|-----------|
| 22 | 01/24/2016 | 500.00   | 271.93   | 228.07    | 93,004.82 |
| 23 | 02/24/2016 | 500.00   | 271.26   | 228.74    | 92,776.08 |
| 24 | 03/24/2016 | 500.00   | 270.60   | 229.40    | 92,546.68 |
| 25 | 04/24/2016 | 500.00   | 269.93   | 230.07    | 92,316.61 |
| 26 | 05/24/2016 | 500.00   | 269.26   | 230.74    | 92,085.87 |
| 27 | 06/24/2016 | 500.00   | 268.58   | 231.42    | 91,854.45 |
| 28 | 07/24/2016 | 500.00   | 267.91   | 232.09    | 91,622.36 |
| 29 | 08/24/2016 | 500.00   | 267.23   | 232.77    | 91,389.59 |
| 30 | 09/24/2016 | 500.00   | 266.55   | 233.45    | 91,156.14 |
| 31 | 10/24/2016 | 500.00   | 265.87   | 234.13    | 90,922.01 |
| 32 | 11/24/2016 | 500.00   | 265.19   | 234.81    | 90,687.20 |
| 33 | 12/24/2016 | 500.00   | 264.50   | 235.50    | 90,451.70 |
| **2016 Totals** | | **6,000.00** | **3,218.81** | **2,781.19** | |
| 34 | 01/24/2017 | 500.00   | 263.82   | 236.18    | 90,215.52 |
| 35 | 02/24/2017 | 500.00   | 263.13   | 236.87    | 89,978.65 |
| 36 | 03/24/2017 | 500.00   | 262.44   | 237.56    | 89,741.09 |
| 37 | 04/24/2017 | 500.00   | 261.74   | 238.26    | 89,502.83 |
| 38 | 05/24/2017 | 500.00   | 261.05   | 238.95    | 89,263.88 |
| 39 | 06/24/2017 | 500.00   | 260.35   | 239.65    | 89,024.23 |
| 40 | 07/24/2017 | 500.00   | 259.65   | 240.35    | 88,783.88 |
| 41 | 08/24/2017 | 500.00   | 258.95   | 241.05    | 88,542.83 |
| 42 | 09/24/2017 | 500.00   | 258.25   | 241.75    | 88,301.08 |
| 43 | 10/24/2017 | 500.00   | 257.54   | 242.46    | 88,058.62 |
| 44 | 11/24/2017 | 500.00   | 256.84   | 243.16    | 87,815.46 |
| 45 | 12/24/2017 | 500.00   | 256.13   | 243.87    | 87,571.59 |
| **2017 Totals** | | **6,000.00** | **3,119.89** | **2,880.11** | |
| 46 | 01/24/2018 | 500.00   | 255.42   | 244.58    | 87,327.01 |
| 47 | 02/24/2018 | 500.00   | 254.70   | 245.30    | 87,081.71 |
| 48 | 03/24/2018 | 500.00   | 253.99   | 246.01    | 86,835.70 |
| 49 | 04/24/2018 | 500.00   | 253.27   | 246.73    | 86,588.97 |
| 50 | 05/24/2018 | 500.00   | 252.55   | 247.45    | 86,341.52 |
| 51 | 06/24/2018 | 500.00   | 251.83   | 248.17    | 86,093.35 |
| 52 | 07/24/2018 | 500.00   | 251.11   | 248.89    | 85,844.46 |
| 53 | 08/24/2018 | 500.00   | 250.38   | 249.62    | 85,594.84 |
| 54 | 09/24/2018 | 500.00   | 249.65   | 250.35    | 85,344.49 |
| 55 | 10/24/2018 | 500.00   | 248.92   | 251.08    | 85,093.41 |
| 56 | 11/24/2018 | 500.00   | 248.19   | 251.81    | 84,841.60 |
| 57 | 12/24/2018 | 500.00   | 247.45   | 252.55    | 84,589.05 |

Case:14-01392-ESL12   Doc#:15-3   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit D LOAN CALCULATOR HATICOOP   Page 3 of 6

03/24/2014 4:54:32 PM   Page 3

## 14-01392 ESL  HATICOOP        EXHIBIT D

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 2018 Totals | | 6,000.00 | 3,017.46 | 2,982.54 | |
| 58 | 01/24/2019 | 500.00 | 246.72 | 253.28 | 84,335.77 |
| 59 | 02/24/2019 | 500.00 | 245.98 | 254.02 | 84,081.75 |
| 60 | 03/24/2019 | 500.00 | 245.24 | 254.76 | 83,826.99 |
| Rate | 03/24/2019 | | 0.00 | 0.00 | 83,826.99 |
| | 03/24/2019 | Rate: 3.750 % | Compounding: Monthly | | |
| 61 | 04/24/2019 | 1,534.36 | 261.96 | 1,272.40 | 82,554.59 |
| 62 | 05/24/2019 | 1,534.36 | 257.98 | 1,276.38 | 81,278.21 |
| 63 | 06/24/2019 | 1,534.36 | 253.99 | 1,280.37 | 79,997.84 |
| 64 | 07/24/2019 | 1,534.36 | 249.99 | 1,284.37 | 78,713.47 |
| 65 | 08/24/2019 | 1,534.36 | 245.98 | 1,288.38 | 77,425.09 |
| 66 | 09/24/2019 | 1,534.36 | 241.95 | 1,292.41 | 76,132.68 |
| 67 | 10/24/2019 | 1,534.36 | 237.91 | 1,296.45 | 74,836.23 |
| 68 | 11/24/2019 | 1,534.36 | 233.86 | 1,300.50 | 73,535.73 |
| 69 | 12/24/2019 | 1,534.36 | 229.80 | 1,304.56 | 72,231.17 |
| 2019 Totals | | 15,309.24 | 2,951.36 | 12,357.88 | |
| 70 | 01/24/2020 | 1,534.36 | 225.72 | 1,308.64 | 70,922.53 |
| 71 | 02/24/2020 | 1,534.36 | 221.63 | 1,312.73 | 69,609.80 |
| 72 | 03/24/2020 | 1,534.36 | 217.53 | 1,316.83 | 68,292.97 |
| 73 | 04/24/2020 | 1,534.36 | 213.42 | 1,320.94 | 66,972.03 |
| 74 | 05/24/2020 | 1,534.36 | 209.29 | 1,325.07 | 65,646.96 |
| 75 | 06/24/2020 | 1,534.36 | 205.15 | 1,329.21 | 64,317.75 |
| 76 | 07/24/2020 | 1,534.36 | 200.99 | 1,333.37 | 62,984.38 |
| 77 | 08/24/2020 | 1,534.36 | 196.83 | 1,337.53 | 61,646.85 |
| 78 | 09/24/2020 | 1,534.36 | 192.65 | 1,341.71 | 60,305.14 |
| 79 | 10/24/2020 | 1,534.36 | 188.45 | 1,345.91 | 58,959.23 |
| 80 | 11/24/2020 | 1,534.36 | 184.25 | 1,350.11 | 57,609.12 |
| 81 | 12/24/2020 | 1,534.36 | 180.03 | 1,354.33 | 56,254.79 |
| 2020 Totals | | 18,412.32 | 2,435.94 | 15,976.38 | |
| 82 | 01/24/2021 | 1,534.36 | 175.80 | 1,358.56 | 54,896.23 |
| 83 | 02/24/2021 | 1,534.36 | 171.55 | 1,362.81 | 53,533.42 |
| 84 | 03/24/2021 | 1,534.36 | 167.29 | 1,367.07 | 52,166.35 |
| 85 | 04/24/2021 | 1,534.36 | 163.02 | 1,371.34 | 50,795.01 |
| 86 | 05/24/2021 | 1,534.36 | 158.73 | 1,375.63 | 49,419.38 |
| 87 | 06/24/2021 | 1,534.36 | 154.44 | 1,379.92 | 48,039.46 |
| 88 | 07/24/2021 | 1,534.36 | 150.12 | 1,384.24 | 46,655.22 |
| 89 | 08/24/2021 | 1,534.36 | 145.80 | 1,388.56 | 45,266.66 |

Case:14-01392-ESL12   Doc#:15-3   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit D LOAN CALCULATOR HATICOOP   Page 4 of 6

03/24/2014 4:54:32 PM   Page 4

## 14-01392 ESL  HATICOOP     EXHIBIT D

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 90 | 09/24/2021 | 1,534.36 | 141.46 | 1,392.90 | 43,873.76 |
| 91 | 10/24/2021 | 1,534.36 | 137.11 | 1,397.25 | 42,476.51 |
| 92 | 11/24/2021 | 1,534.36 | 132.74 | 1,401.62 | 41,074.89 |
| 93 | 12/24/2021 | 1,534.36 | 128.36 | 1,406.00 | 39,668.89 |
| **2021 Totals** | | **18,412.32** | **1,826.42** | **16,585.90** | |
| 94 | 01/24/2022 | 1,534.36 | 123.97 | 1,410.39 | 38,258.50 |
| 95 | 02/24/2022 | 1,534.36 | 119.56 | 1,414.80 | 36,843.70 |
| 96 | 03/24/2022 | 1,534.36 | 115.14 | 1,419.22 | 35,424.48 |
| 97 | 04/24/2022 | 1,534.36 | 110.70 | 1,423.66 | 34,000.82 |
| 98 | 05/24/2022 | 1,534.36 | 106.25 | 1,428.11 | 32,572.71 |
| 99 | 06/24/2022 | 1,534.36 | 101.79 | 1,432.57 | 31,140.14 |
| 100 | 07/24/2022 | 1,534.36 | 97.31 | 1,437.05 | 29,703.09 |
| 101 | 08/24/2022 | 1,534.36 | 92.82 | 1,441.54 | 28,261.55 |
| 102 | 09/24/2022 | 1,534.36 | 88.32 | 1,446.04 | 26,815.51 |
| 103 | 10/24/2022 | 1,534.36 | 83.80 | 1,450.56 | 25,364.95 |
| 104 | 11/24/2022 | 1,534.36 | 79.27 | 1,455.09 | 23,909.86 |
| 105 | 12/24/2022 | 1,534.36 | 74.72 | 1,459.64 | 22,450.22 |
| **2022 Totals** | | **18,412.32** | **1,193.65** | **17,218.67** | |
| 106 | 01/24/2023 | 1,534.36 | 70.16 | 1,464.20 | 20,986.02 |
| 107 | 02/24/2023 | 1,534.36 | 65.58 | 1,468.78 | 19,517.24 |
| 108 | 03/24/2023 | 1,534.36 | 60.99 | 1,473.37 | 18,043.87 |
| 109 | 04/24/2023 | 1,534.36 | 56.39 | 1,477.97 | 16,565.90 |
| 110 | 05/24/2023 | 1,534.36 | 51.77 | 1,482.59 | 15,083.31 |
| 111 | 06/24/2023 | 1,534.36 | 47.14 | 1,487.22 | 13,596.09 |
| 112 | 07/24/2023 | 1,534.36 | 42.49 | 1,491.87 | 12,104.22 |
| 113 | 08/24/2023 | 1,534.36 | 37.83 | 1,496.53 | 10,607.69 |
| 114 | 09/24/2023 | 1,534.36 | 33.15 | 1,501.21 | 9,106.48 |
| 115 | 10/24/2023 | 1,534.36 | 28.46 | 1,505.90 | 7,600.58 |
| 116 | 11/24/2023 | 1,534.36 | 23.75 | 1,510.61 | 6,089.97 |
| 117 | 12/24/2023 | 1,534.36 | 19.03 | 1,515.33 | 4,574.64 |
| **2023 Totals** | | **18,412.32** | **536.74** | **17,875.58** | |
| 118 | 01/24/2024 | 1,534.36 | 14.30 | 1,520.06 | 3,054.58 |
| 119 | 02/24/2024 | 1,534.36 | 9.55 | 1,524.81 | 1,529.77 |
| 120 | 03/24/2024 | 1,534.36 | 4.59 | 1,529.77 | 0.00 |
| **2024 Totals** | | **4,603.08** | **28.44** | **4,574.64** | |

Case:14-01392-ESL12 Doc#:15-3 Filed:03/25/14 Entered:03/25/14 16:58:08 Desc:
Exhibit D LOAN CALCULATOR HATICOOP Page 5 of 6

03/24/2014 4:54:32 PM Page 5

## 14-01392 ESL  HATICOOP     EXHIBIT D

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| Grand Totals | 122,061.60 | 24,189.50 | 97,872.10 | |

Case:14-01392-ESL12 Doc#:15-3 Filed:03/25/14 Entered:03/25/14 16:58:08 Desc:
Exhibit D LOAN CALCULATOR HATICOOP Page 6 of 6

03/24/2014 4:54:32 PM Page 6

14-01392 ESL  HATICOOP       EXHIBIT D

Last interest amount decreased by 0.19 due to rounding.