03/24/2014  4:56:58 PM  Page 1

14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  3.500 %

CASH FLOW DATA

| # | Event | Date | Amount | Number | Period | End Date |
|---|-------|------|--------|--------|--------|----------|
| 1 | Loan | 03/24/2014 | 160,000.00 | 1 | | |
| 2 | Payment | 04/24/2014 | 938.79 | 60 | Monthly | 03/24/2019 |
| 3 | Rate Change | 03/24/2019 | Rate: 3.750 % | | Compounding: Monthly | |
| 4 | Payment | 04/24/2019 | 938.79 | 180 | Monthly | 03/24/2034 |

AMORTIZATION SCHEDULE - Normal Amortization

| # | Date | Payment | Interest | Principal | Balance |
|---|------|---------|----------|-----------|---------|
| Loan | 03/24/2014 | | | | 160,000.00 |
| 1 | 04/24/2014 | 938.79 | 466.67 | 472.12 | 159,527.88 |
| 2 | 05/24/2014 | 938.79 | 465.29 | 473.50 | 159,054.38 |
| 3 | 06/24/2014 | 938.79 | 463.91 | 474.88 | 158,579.50 |
| 4 | 07/24/2014 | 938.79 | 462.52 | 476.27 | 158,103.23 |
| 5 | 08/24/2014 | 938.79 | 461.13 | 477.66 | 157,625.57 |
| 6 | 09/24/2014 | 938.79 | 459.74 | 479.05 | 157,146.52 |
| 7 | 10/24/2014 | 938.79 | 458.34 | 480.45 | 156,666.07 |
| 8 | 11/24/2014 | 938.79 | 456.94 | 481.85 | 156,184.22 |
| 9 | 12/24/2014 | 938.79 | 455.54 | 483.25 | 155,700.97 |
| 2014 Totals | | 8,449.11 | 4,150.08 | 4,299.03 | |
| 10 | 01/24/2015 | 938.79 | 454.13 | 484.66 | 155,216.31 |
| 11 | 02/24/2015 | 938.79 | 452.71 | 486.08 | 154,730.23 |
| 12 | 03/24/2015 | 938.79 | 451.30 | 487.49 | 154,242.74 |
| 13 | 04/24/2015 | 938.79 | 449.87 | 488.92 | 153,753.82 |
| 14 | 05/24/2015 | 938.79 | 448.45 | 490.34 | 153,263.48 |
| 15 | 06/24/2015 | 938.79 | 447.02 | 491.77 | 152,771.71 |
| 16 | 07/24/2015 | 938.79 | 445.58 | 493.21 | 152,278.50 |
| 17 | 08/24/2015 | 938.79 | 444.15 | 494.64 | 151,783.86 |

Case:14-01392-ESL12   Doc#:15-4   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit E LOAN CALCULATOR PEDRO AMADOR   Page 2 of 10

03/24/2014  4:56:58 PM  Page 2

14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 18 | 09/24/2015 | 938.79 | 442.70 | 496.09 | 151,287.77 |
| 19 | 10/24/2015 | 938.79 | 441.26 | 497.53 | 150,790.24 |
| 20 | 11/24/2015 | 938.79 | 439.80 | 498.99 | 150,291.25 |
| 21 | 12/24/2015 | 938.79 | 438.35 | 500.44 | 149,790.81 |
| 2015 Totals | | 11,265.48 | 5,355.32 | 5,910.16 | |
| 22 | 01/24/2016 | 938.79 | 436.89 | 501.90 | 149,288.91 |
| 23 | 02/24/2016 | 938.79 | 435.43 | 503.36 | 148,785.55 |
| 24 | 03/24/2016 | 938.79 | 433.96 | 504.83 | 148,280.72 |
| 25 | 04/24/2016 | 938.79 | 432.49 | 506.30 | 147,774.42 |
| 26 | 05/24/2016 | 938.79 | 431.01 | 507.78 | 147,266.64 |
| 27 | 06/24/2016 | 938.79 | 429.53 | 509.26 | 146,757.38 |
| 28 | 07/24/2016 | 938.79 | 428.04 | 510.75 | 146,246.63 |
| 29 | 08/24/2016 | 938.79 | 426.55 | 512.24 | 145,734.39 |
| 30 | 09/24/2016 | 938.79 | 425.06 | 513.73 | 145,220.66 |
| 31 | 10/24/2016 | 938.79 | 423.56 | 515.23 | 144,705.43 |
| 32 | 11/24/2016 | 938.79 | 422.06 | 516.73 | 144,188.70 |
| 33 | 12/24/2016 | 938.79 | 420.55 | 518.24 | 143,670.46 |
| 2016 Totals | | 11,265.48 | 5,145.13 | 6,120.35 | |
| 34 | 01/24/2017 | 938.79 | 419.04 | 519.75 | 143,150.71 |
| 35 | 02/24/2017 | 938.79 | 417.52 | 521.27 | 142,629.44 |
| 36 | 03/24/2017 | 938.79 | 416.00 | 522.79 | 142,106.65 |
| 37 | 04/24/2017 | 938.79 | 414.48 | 524.31 | 141,582.34 |
| 38 | 05/24/2017 | 938.79 | 412.95 | 525.84 | 141,056.50 |
| 39 | 06/24/2017 | 938.79 | 411.41 | 527.38 | 140,529.12 |
| 40 | 07/24/2017 | 938.79 | 409.88 | 528.91 | 140,000.21 |
| 41 | 08/24/2017 | 938.79 | 408.33 | 530.46 | 139,469.75 |
| 42 | 09/24/2017 | 938.79 | 406.79 | 532.00 | 138,937.75 |
| 43 | 10/24/2017 | 938.79 | 405.24 | 533.55 | 138,404.20 |
| 44 | 11/24/2017 | 938.79 | 403.68 | 535.11 | 137,869.09 |
| 45 | 12/24/2017 | 938.79 | 402.12 | 536.67 | 137,332.42 |
| 2017 Totals | | 11,265.48 | 4,927.44 | 6,338.04 | |
| 46 | 01/24/2018 | 938.79 | 400.55 | 538.24 | 136,794.18 |

Case:14-01392-ESL12   Doc#:15-4   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit E LOAN CALCULATOR PEDRO AMADOR   Page 3 of 10

03/24/2014  4:56:58 PM  Page 3

14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 47 | 02/24/2018 | 938.79 | 398.98 | 539.81 | 136,254.37 |
| 48 | 03/24/2018 | 938.79 | 397.41 | 541.38 | 135,712.99 |
| 49 | 04/24/2018 | 938.79 | 395.83 | 542.96 | 135,170.03 |
| 50 | 05/24/2018 | 938.79 | 394.25 | 544.54 | 134,625.49 |
| 51 | 06/24/2018 | 938.79 | 392.66 | 546.13 | 134,079.36 |
| 52 | 07/24/2018 | 938.79 | 391.06 | 547.73 | 133,531.63 |
| 53 | 08/24/2018 | 938.79 | 389.47 | 549.32 | 132,982.31 |
| 54 | 09/24/2018 | 938.79 | 387.87 | 550.92 | 132,431.39 |
| 55 | 10/24/2018 | 938.79 | 386.26 | 552.53 | 131,878.86 |
| 56 | 11/24/2018 | 938.79 | 384.65 | 554.14 | 131,324.72 |
| 57 | 12/24/2018 | 938.79 | 383.03 | 555.76 | 130,768.96 |
| 2018 Totals |  | 11,265.48 | 4,702.02 | 6,563.46 |  |
| 58 | 01/24/2019 | 938.79 | 381.41 | 557.38 | 130,211.58 |
| 59 | 02/24/2019 | 938.79 | 379.78 | 559.01 | 129,652.57 |
| 60 | 03/24/2019 | 938.79 | 378.15 | 560.64 | 129,091.93 |
| Rate | 03/24/2019 |  | 0.00 | 0.00 | 129,091.93 |
|  | 03/24/2019 | Rate: 3.750 % | Compounding: Monthly |  |  |
| 61 | 04/24/2019 | 938.79 | 403.41 | 535.38 | 128,556.55 |
| 62 | 05/24/2019 | 938.79 | 401.74 | 537.05 | 128,019.50 |
| 63 | 06/24/2019 | 938.79 | 400.06 | 538.73 | 127,480.77 |
| 64 | 07/24/2019 | 938.79 | 398.38 | 540.41 | 126,940.36 |
| 65 | 08/24/2019 | 938.79 | 396.69 | 542.10 | 126,398.26 |
| 66 | 09/24/2019 | 938.79 | 394.99 | 543.80 | 125,854.46 |
| 67 | 10/24/2019 | 938.79 | 393.30 | 545.49 | 125,308.97 |
| 68 | 11/24/2019 | 938.79 | 391.59 | 547.20 | 124,761.77 |
| 69 | 12/24/2019 | 938.79 | 389.88 | 548.91 | 124,212.86 |
| 2019 Totals |  | 11,265.48 | 4,709.38 | 6,556.10 |  |
| 70 | 01/24/2020 | 938.79 | 388.17 | 550.62 | 123,662.24 |
| 71 | 02/24/2020 | 938.79 | 386.44 | 552.35 | 123,109.89 |
| 72 | 03/24/2020 | 938.79 | 384.72 | 554.07 | 122,555.82 |
| 73 | 04/24/2020 | 938.79 | 382.99 | 555.80 | 122,000.02 |
| 74 | 05/24/2020 | 938.79 | 381.25 | 557.54 | 121,442.48 |
| 75 | 06/24/2020 | 938.79 | 379.51 | 559.28 | 120,883.20 |

14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 76 | 07/24/2020 | 938.79 | 377.76 | 561.03 | 120,322.17 |
| 77 | 08/24/2020 | 938.79 | 376.01 | 562.78 | 119,759.39 |
| 78 | 09/24/2020 | 938.79 | 374.25 | 564.54 | 119,194.85 |
| 79 | 10/24/2020 | 938.79 | 372.48 | 566.31 | 118,628.54 |
| 80 | 11/24/2020 | 938.79 | 370.71 | 568.08 | 118,060.46 |
| 81 | 12/24/2020 | 938.79 | 368.94 | 569.85 | 117,490.61 |
| 2020 Totals | | 11,265.48 | 4,543.23 | 6,722.25 | |
| 82 | 01/24/2021 | 938.79 | 367.16 | 571.63 | 116,918.98 |
| 83 | 02/24/2021 | 938.79 | 365.37 | 573.42 | 116,345.56 |
| 84 | 03/24/2021 | 938.79 | 363.58 | 575.21 | 115,770.35 |
| 85 | 04/24/2021 | 938.79 | 361.78 | 577.01 | 115,193.34 |
| 86 | 05/24/2021 | 938.79 | 359.98 | 578.81 | 114,614.53 |
| 87 | 06/24/2021 | 938.79 | 358.17 | 580.62 | 114,033.91 |
| 88 | 07/24/2021 | 938.79 | 356.36 | 582.43 | 113,451.48 |
| 89 | 08/24/2021 | 938.79 | 354.54 | 584.25 | 112,867.23 |
| 90 | 09/24/2021 | 938.79 | 352.71 | 586.08 | 112,281.15 |
| 91 | 10/24/2021 | 938.79 | 350.88 | 587.91 | 111,693.24 |
| 92 | 11/24/2021 | 938.79 | 349.04 | 589.75 | 111,103.49 |
| 93 | 12/24/2021 | 938.79 | 347.20 | 591.59 | 110,511.90 |
| 2021 Totals | | 11,265.48 | 4,286.77 | 6,978.71 | |
| 94 | 01/24/2022 | 938.79 | 345.35 | 593.44 | 109,918.46 |
| 95 | 02/24/2022 | 938.79 | 343.50 | 595.29 | 109,323.17 |
| 96 | 03/24/2022 | 938.79 | 341.63 | 597.16 | 108,726.01 |
| 97 | 04/24/2022 | 938.79 | 339.77 | 599.02 | 108,126.99 |
| 98 | 05/24/2022 | 938.79 | 337.90 | 600.89 | 107,526.10 |
| 99 | 06/24/2022 | 938.79 | 336.02 | 602.77 | 106,923.33 |
| 100 | 07/24/2022 | 938.79 | 334.14 | 604.65 | 106,318.68 |
| 101 | 08/24/2022 | 938.79 | 332.25 | 606.54 | 105,712.14 |
| 102 | 09/24/2022 | 938.79 | 330.35 | 608.44 | 105,103.70 |
| 103 | 10/24/2022 | 938.79 | 328.45 | 610.34 | 104,493.36 |
| 104 | 11/24/2022 | 938.79 | 326.54 | 612.25 | 103,881.11 |
| 105 | 12/24/2022 | 938.79 | 324.63 | 614.16 | 103,266.95 |
| 2022 Totals | | 11,265.48 | 4,020.53 | 7,244.95 | |

Case:14-01392-ESL12   Doc#:15-4   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit E LOAN CALCULATOR PEDRO AMADOR   Page 5 of 10

03/24/2014  4:56:58 PM  Page 5

14-01392 ESL        PEDRO L AMADOR         EXHIBIT E

|     | Date       | Payment   | Interest | Principal | Balance    |
|-----|------------|-----------|----------|-----------|------------|
| 106 | 01/24/2023 | 938.79    | 322.71   | 616.08    | 102,650.87 |
| 107 | 02/24/2023 | 938.79    | 320.78   | 618.01    | 102,032.86 |
| 108 | 03/24/2023 | 938.79    | 318.85   | 619.94    | 101,412.92 |
| 109 | 04/24/2023 | 938.79    | 316.92   | 621.87    | 100,791.05 |
| 110 | 05/24/2023 | 938.79    | 314.97   | 623.82    | 100,167.23 |
| 111 | 06/24/2023 | 938.79    | 313.02   | 625.77    | 99,541.46  |
| 112 | 07/24/2023 | 938.79    | 311.07   | 627.72    | 98,913.74  |
| 113 | 08/24/2023 | 938.79    | 309.11   | 629.68    | 98,284.06  |
| 114 | 09/24/2023 | 938.79    | 307.14   | 631.65    | 97,652.41  |
| 115 | 10/24/2023 | 938.79    | 305.16   | 633.63    | 97,018.78  |
| 116 | 11/24/2023 | 938.79    | 303.18   | 635.61    | 96,383.17  |
| 117 | 12/24/2023 | 938.79    | 301.20   | 637.59    | 95,745.58  |
| 2023 Totals | |   11,265.48 | 3,744.11 | 7,521.37  |            |
| 118 | 01/24/2024 | 938.79    | 299.20   | 639.59    | 95,105.99  |
| 119 | 02/24/2024 | 938.79    | 297.21   | 641.58    | 94,464.41  |
| 120 | 03/24/2024 | 938.79    | 295.20   | 643.59    | 93,820.82  |
| 121 | 04/24/2024 | 938.79    | 293.19   | 645.60    | 93,175.22  |
| 122 | 05/24/2024 | 938.79    | 291.17   | 647.62    | 92,527.60  |
| 123 | 06/24/2024 | 938.79    | 289.15   | 649.64    | 91,877.96  |
| 124 | 07/24/2024 | 938.79    | 287.12   | 651.67    | 91,226.29  |
| 125 | 08/24/2024 | 938.79    | 285.08   | 653.71    | 90,572.58  |
| 126 | 09/24/2024 | 938.79    | 283.04   | 655.75    | 89,916.83  |
| 127 | 10/24/2024 | 938.79    | 280.99   | 657.80    | 89,259.03  |
| 128 | 11/24/2024 | 938.79    | 278.93   | 659.86    | 88,599.17  |
| 129 | 12/24/2024 | 938.79    | 276.87   | 661.92    | 87,937.25  |
| 2024 Totals | |   11,265.48 | 3,457.15 | 7,808.33  |            |
| 130 | 01/24/2025 | 938.79    | 274.80   | 663.99    | 87,273.26  |
| 131 | 02/24/2025 | 938.79    | 272.73   | 666.06    | 86,607.20  |
| 132 | 03/24/2025 | 938.79    | 270.65   | 668.14    | 85,939.06  |
| 133 | 04/24/2025 | 938.79    | 268.56   | 670.23    | 85,268.83  |
| 134 | 05/24/2025 | 938.79    | 266.47   | 672.32    | 84,596.51  |
| 135 | 06/24/2025 | 938.79    | 264.36   | 674.43    | 83,922.08  |
| 136 | 07/24/2025 | 938.79    | 262.26   | 676.53    | 83,245.55  |

## 14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 137 | 08/24/2025 | 938.79 | 260.14 | 678.65 | 82,566.90 |
| 138 | 09/24/2025 | 938.79 | 258.02 | 680.77 | 81,886.13 |
| 139 | 10/24/2025 | 938.79 | 255.89 | 682.90 | 81,203.23 |
| 140 | 11/24/2025 | 938.79 | 253.76 | 685.03 | 80,518.20 |
| 141 | 12/24/2025 | 938.79 | 251.62 | 687.17 | 79,831.03 |
| 2025 Totals | | 11,265.48 | 3,159.26 | 8,106.22 | |
| 142 | 01/24/2026 | 938.79 | 249.47 | 689.32 | 79,141.71 |
| 143 | 02/24/2026 | 938.79 | 247.32 | 691.47 | 78,450.24 |
| 144 | 03/24/2026 | 938.79 | 245.16 | 693.63 | 77,756.61 |
| 145 | 04/24/2026 | 938.79 | 242.99 | 695.80 | 77,060.81 |
| 146 | 05/24/2026 | 938.79 | 240.82 | 697.97 | 76,362.84 |
| 147 | 06/24/2026 | 938.79 | 238.63 | 700.16 | 75,662.68 |
| 148 | 07/24/2026 | 938.79 | 236.45 | 702.34 | 74,960.34 |
| 149 | 08/24/2026 | 938.79 | 234.25 | 704.54 | 74,255.80 |
| 150 | 09/24/2026 | 938.79 | 232.05 | 706.74 | 73,549.06 |
| 151 | 10/24/2026 | 938.79 | 229.84 | 708.95 | 72,840.11 |
| 152 | 11/24/2026 | 938.79 | 227.63 | 711.16 | 72,128.95 |
| 153 | 12/24/2026 | 938.79 | 225.40 | 713.39 | 71,415.56 |
| 2026 Totals | | 11,265.48 | 2,850.01 | 8,415.47 | |
| 154 | 01/24/2027 | 938.79 | 223.17 | 715.62 | 70,699.94 |
| 155 | 02/24/2027 | 938.79 | 220.94 | 717.85 | 69,982.09 |
| 156 | 03/24/2027 | 938.79 | 218.69 | 720.10 | 69,261.99 |
| 157 | 04/24/2027 | 938.79 | 216.44 | 722.35 | 68,539.64 |
| 158 | 05/24/2027 | 938.79 | 214.19 | 724.60 | 67,815.04 |
| 159 | 06/24/2027 | 938.79 | 211.92 | 726.87 | 67,088.17 |
| 160 | 07/24/2027 | 938.79 | 209.65 | 729.14 | 66,359.03 |
| 161 | 08/24/2027 | 938.79 | 207.37 | 731.42 | 65,627.61 |
| 162 | 09/24/2027 | 938.79 | 205.09 | 733.70 | 64,893.91 |
| 163 | 10/24/2027 | 938.79 | 202.79 | 736.00 | 64,157.91 |
| 164 | 11/24/2027 | 938.79 | 200.49 | 738.30 | 63,419.61 |
| 165 | 12/24/2027 | 938.79 | 198.19 | 740.60 | 62,679.01 |
| 2027 Totals | | 11,265.48 | 2,528.93 | 8,736.55 | |

14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 166 | 01/24/2028 | 938.79 | 195.87 | 742.92 | 61,936.09 |
| 167 | 02/24/2028 | 938.79 | 193.55 | 745.24 | 61,190.85 |
| 168 | 03/24/2028 | 938.79 | 191.22 | 747.57 | 60,443.28 |
| 169 | 04/24/2028 | 938.79 | 188.89 | 749.90 | 59,693.38 |
| 170 | 05/24/2028 | 938.79 | 186.54 | 752.25 | 58,941.13 |
| 171 | 06/24/2028 | 938.79 | 184.19 | 754.60 | 58,186.53 |
| 172 | 07/24/2028 | 938.79 | 181.83 | 756.96 | 57,429.57 |
| 173 | 08/24/2028 | 938.79 | 179.47 | 759.32 | 56,670.25 |
| 174 | 09/24/2028 | 938.79 | 177.09 | 761.70 | 55,908.55 |
| 175 | 10/24/2028 | 938.79 | 174.71 | 764.08 | 55,144.47 |
| 176 | 11/24/2028 | 938.79 | 172.33 | 766.46 | 54,378.01 |
| 177 | 12/24/2028 | 938.79 | 169.93 | 768.86 | 53,609.15 |
| 2028 Totals | | 11,265.48 | 2,195.62 | 9,069.86 | |
| 178 | 01/24/2029 | 938.79 | 167.53 | 771.26 | 52,837.89 |
| 179 | 02/24/2029 | 938.79 | 165.12 | 773.67 | 52,064.22 |
| 180 | 03/24/2029 | 938.79 | 162.70 | 776.09 | 51,288.13 |
| 181 | 04/24/2029 | 938.79 | 160.28 | 778.51 | 50,509.62 |
| 182 | 05/24/2029 | 938.79 | 157.84 | 780.95 | 49,728.67 |
| 183 | 06/24/2029 | 938.79 | 155.40 | 783.39 | 48,945.28 |
| 184 | 07/24/2029 | 938.79 | 152.95 | 785.84 | 48,159.44 |
| 185 | 08/24/2029 | 938.79 | 150.50 | 788.29 | 47,371.15 |
| 186 | 09/24/2029 | 938.79 | 148.03 | 790.76 | 46,580.39 |
| 187 | 10/24/2029 | 938.79 | 145.56 | 793.23 | 45,787.16 |
| 188 | 11/24/2029 | 938.79 | 143.08 | 795.71 | 44,991.45 |
| 189 | 12/24/2029 | 938.79 | 140.60 | 798.19 | 44,193.26 |
| 2029 Totals | | 11,265.48 | 1,849.59 | 9,415.89 | |
| 190 | 01/24/2030 | 938.79 | 138.10 | 800.69 | 43,392.57 |
| 191 | 02/24/2030 | 938.79 | 135.60 | 803.19 | 42,589.38 |
| 192 | 03/24/2030 | 938.79 | 133.09 | 805.70 | 41,783.68 |
| 193 | 04/24/2030 | 938.79 | 130.57 | 808.22 | 40,975.46 |
| 194 | 05/24/2030 | 938.79 | 128.05 | 810.74 | 40,164.72 |
| 195 | 06/24/2030 | 938.79 | 125.51 | 813.28 | 39,351.44 |
| 196 | 07/24/2030 | 938.79 | 122.97 | 815.82 | 38,535.62 |

14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

|     | Date | Payment | Interest | Principal | Balance |
|-----|------|---------|----------|-----------|---------|
| 197 | 08/24/2030 | 938.79 | 120.42 | 818.37 | 37,717.25 |
| 198 | 09/24/2030 | 938.79 | 117.87 | 820.92 | 36,896.33 |
| 199 | 10/24/2030 | 938.79 | 115.30 | 823.49 | 36,072.84 |
| 200 | 11/24/2030 | 938.79 | 112.73 | 826.06 | 35,246.78 |
| 201 | 12/24/2030 | 938.79 | 110.15 | 828.64 | 34,418.14 |
| 2030 Totals | | 11,265.48 | 1,490.36 | 9,775.12 | |
| 202 | 01/24/2031 | 938.79 | 107.56 | 831.23 | 33,586.91 |
| 203 | 02/24/2031 | 938.79 | 104.96 | 833.83 | 32,753.08 |
| 204 | 03/24/2031 | 938.79 | 102.35 | 836.44 | 31,916.64 |
| 205 | 04/24/2031 | 938.79 | 99.74 | 839.05 | 31,077.59 |
| 206 | 05/24/2031 | 938.79 | 97.12 | 841.67 | 30,235.92 |
| 207 | 06/24/2031 | 938.79 | 94.49 | 844.30 | 29,391.62 |
| 208 | 07/24/2031 | 938.79 | 91.85 | 846.94 | 28,544.68 |
| 209 | 08/24/2031 | 938.79 | 89.20 | 849.59 | 27,695.09 |
| 210 | 09/24/2031 | 938.79 | 86.55 | 852.24 | 26,842.85 |
| 211 | 10/24/2031 | 938.79 | 83.88 | 854.91 | 25,987.94 |
| 212 | 11/24/2031 | 938.79 | 81.21 | 857.58 | 25,130.36 |
| 213 | 12/24/2031 | 938.79 | 78.53 | 860.26 | 24,270.10 |
| 2031 Totals | | 11,265.48 | 1,117.44 | 10,148.04 | |
| 214 | 01/24/2032 | 938.79 | 75.84 | 862.95 | 23,407.15 |
| 215 | 02/24/2032 | 938.79 | 73.15 | 865.64 | 22,541.51 |
| 216 | 03/24/2032 | 938.79 | 70.44 | 868.35 | 21,673.16 |
| 217 | 04/24/2032 | 938.79 | 67.73 | 871.06 | 20,802.10 |
| 218 | 05/24/2032 | 938.79 | 65.01 | 873.78 | 19,928.32 |
| 219 | 06/24/2032 | 938.79 | 62.28 | 876.51 | 19,051.81 |
| 220 | 07/24/2032 | 938.79 | 59.54 | 879.25 | 18,172.56 |
| 221 | 08/24/2032 | 938.79 | 56.79 | 882.00 | 17,290.56 |
| 222 | 09/24/2032 | 938.79 | 54.03 | 884.76 | 16,405.80 |
| 223 | 10/24/2032 | 938.79 | 51.27 | 887.52 | 15,518.28 |
| 224 | 11/24/2032 | 938.79 | 48.49 | 890.30 | 14,627.98 |
| 225 | 12/24/2032 | 938.79 | 45.71 | 893.08 | 13,734.90 |
| 2032 Totals | | 11,265.48 | 730.28 | 10,535.20 | |

Case:14-01392-ESL12   Doc#:15-4   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit E LOAN CALCULATOR PEDRO AMADOR   Page 9 of 10

03/24/2014  4:56:58 PM  Page 9

## 14-01392 ESL   PEDRO L AMADOR   EXHIBIT E

|   | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 226 | 01/24/2033 | 938.79 | 42.92 | 895.87 | 12,839.03 |
| 227 | 02/24/2033 | 938.79 | 40.12 | 898.67 | 11,940.36 |
| 228 | 03/24/2033 | 938.79 | 37.31 | 901.48 | 11,038.88 |
| 229 | 04/24/2033 | 938.79 | 34.50 | 904.29 | 10,134.59 |
| 230 | 05/24/2033 | 938.79 | 31.67 | 907.12 | 9,227.47 |
| 231 | 06/24/2033 | 938.79 | 28.84 | 909.95 | 8,317.52 |
| 232 | 07/24/2033 | 938.79 | 25.99 | 912.80 | 7,404.72 |
| 233 | 08/24/2033 | 938.79 | 23.14 | 915.65 | 6,489.07 |
| 234 | 09/24/2033 | 938.79 | 20.28 | 918.51 | 5,570.56 |
| 235 | 10/24/2033 | 938.79 | 17.41 | 921.38 | 4,649.18 |
| 236 | 11/24/2033 | 938.79 | 14.53 | 924.26 | 3,724.92 |
| 237 | 12/24/2033 | 938.79 | 11.64 | 927.15 | 2,797.77 |
| 2033 Totals | | 11,265.48 | 328.35 | 10,937.13 | |
| 238 | 01/24/2034 | 938.79 | 8.74 | 930.05 | 1,867.72 |
| 239 | 02/24/2034 | 938.79 | 5.84 | 932.95 | 934.77 |
| 240 | 03/24/2034 | 938.79 | 4.02 | 934.77 | 0.00 |
| 2034 Totals | | 2,816.37 | 18.60 | 2,797.77 | |
| Grand Totals | | 225,309.60 | 65,309.60 | 160,000.00 | |

Case:14-01392-ESL12 Doc#:15-4 Filed:03/25/14 Entered:03/25/14 16:58:08 Desc:
Exhibit E LOAN CALCULATOR PEDRO AMADOR Page 10 of 10

03/24/2014 4:56:58 PM Page 10

14-01392 ESL    PEDRO L AMADOR    EXHIBIT E

Last interest amount increased by 1.10 due to rounding.