Case:14-01392-ESL12   Doc#:15-7   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit H NY TIMES CURRENT INTEREST RATES   Page 1 of 2



Case:14-01392-ESL12   Doc#:15-7   Filed:03/25/14   Entered:03/25/14 16:58:08   Desc:
Exhibit H NY TIMES CURRENT INTEREST RATES   Page 2 of 2

| **Key Rates** | Mar 24 | Year Ago |
|---|---|---|
| $10K Money market | 0.35 | 0.50 |
| 6-month C.D. | 0.35 | 0.34 |
| 1-year C.D. | 0.64 | 0.51 |
| 2-year C.D. | 0.77 | 0.65 |
| 5-year I.R.A. C.D. | 1.27 | 0.91 |

Based on data compiled daily by Bankrate.com »

Copyright © 2014. Quotes and other information supplied by independent providers identified on the vendor disclosures page.

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Back to Top

Copyright 2010 The New York Times Company | Privacy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Advertise | Site Map