| HYPOTHETICAL CHAPTER 7 LIQUIDATION | | | | | | | | | | | | | | Case Number: | | 14-01392 ESL-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset Description | Value | CREDITOR | Claim No. | 1st lien | CREDITOR | Claim No. | 2nd lien | CREDITOR | Claim No. | 3rd lien | CREDITOR | Claim No. | 4th lien | Value less liens | Debtor Int. | Debtor Interest $ | 11 USC 522 | Exemptions | Non Exempt Equity |
| LOT OF LAND 40 CDAS | $ 800,000 | ORIENTAL | 4-5 | $ 800,000 | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| LOT OF LAND 14 CDAS | $ 150,000 | ORIENTAL | 4-5 | $ 150,000 | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| CASH ON HAND | $ 20 | | | $ - | | | $ - | | | $ - | | | $ - | $ 20 | 1 | $ 20 | D5 | $ 20 | $ - |
| CHECKING ACCOUNT | $ 1 | | | $ - | | | $ - | | | $ - | | | $ - | $ 1 | 1 | $ 1 | | $ - | $ - |
| CHECKING ACCOUNT | $ 20 | | | $ - | | | $ - | | | $ - | | | $ - | $ 20 | 1 | $ 20 | D5 | $ 20 | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| INCENTIVE AGRICULTURE | $ 7,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 7,000 | 1 | $ 7,000 | | $ - | $ 7,000 |
| UTILITY BOND | $ 300 | | | $ - | | | $ - | | | $ - | | | $ - | $ 300 | 1 | $ 300 | D5 | $ 300 | $ - |
| HOUSEHOLD GOODS | $ 2,500 | | | $ - | | | $ - | | | $ - | | | $ - | $ 2,500 | 1 | $ 2,500 | D3 | $ 2,500 | $ - |
| WEARING APPAREL | $ 600 | | | $ - | | | $ - | | | $ - | | | $ - | $ 600 | 1 | $ 600 | D3 | $ 600 | $ - |
| JEWELRY | $ 500 | | | $ - | | | $ - | | | $ - | | | $ - | $ 500 | 1 | $ 500 | D3 | $ 500 | $ - |
| FORD F 250 | $ 4,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 4,000 | 1 | $ 4,000 | | $ - | $ 4,000 |
| FORD PICK UP | $ 10,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 10,000 | 1 | $ 10,000 | D2 | $ 6,900 | $ 3,100 |
| GMC ENVOY | $ 3,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 3,000 | 1 | $ 3,000 | | $ - | $ 3,000 |
| LINCON PICK UP | $ 8,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 8,000 | 1 | $ 8,000 | | $ - | $ 8,000 |
| FARMING EQUIPMENT | $ 49,800 | | | $ - | | | $ - | | | $ - | | | $ - | $ 49,800 | 1 | $ 49,800 | D5 | $ 1,680 | $ 48,120 |
| FARM SUPPLIES | $ 6,060 | | | $ - | | | $ - | | | $ - | | | $ - | $ 6,060 | 1 | $ 6,060 | | $ - | $ 6,060 |
| ANIMALS | $ 781,160 | | | $ - | | | $ - | | | $ - | | | $ - | $ 781,160 | 1 | $ 781,160 | D5 | $ 19,825 | $ 761,335 |
| MILK QUOTA 67,944 | $ 1,139,160 | ORIENTAL | | $ 1,155,048 | HATICOOP | 1 | $ 97,872 | PEDRO AMADOR | | $ 136,000 | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| TOTALS | $ 2,962,121 | | | $ 2,105,048 | | | $ 97,872 | | | $ 136,000 | | | $ - | $ 872,961 | | $ 872,961 | | $ 32,345 | $ 840,615 |

COPYRIGHT JOSE R. CARRION, ESQ. 1999
Form Revised on July 27, 2011

| | | | | | |
|---|---|---|---|---|---|
| Total Assets Value for the Estate | $ 840,615 | Unsecured Priority Claims: | $ - | Amount of G.U. Claims: | $ 210,594 |
| Distribution to Secured Creditors | $ - | Distribution to Priority Claims: | $ - | | |
| Exemptions Paid | $ 28,405 | Funds available to G.Unsec. Claims | $ 626,445 | Distribution for G.U. Claims: | $ 210,594 |
| Liquidation Expenses | $ 168,123 | | | G.U. Claims Recovery %: | 100% |
| Chapter 7 Trustee Fees | $ 13,076 | Priority Claims Recovery %: | 0% | | |

**PV of Liquidation Value to G.U. in Chapter 13**

Funds available for Priority and G.U. claims: $ 659,416 (Gross Liquidation Value)

| | |
|---|---|
| PV of G.U. Claims Recovery per Plan: | $ 228,452 |
| Present Value Interest | $ 17,858 |
| Plan Term | 60 |
| Proposed Plan Discount Rate % | 3.25% |

Ch 7 Trustee Fee for disbursement to Unsecured Creditors   $ 32,971
Funds Available to Unsecured Creditors after Fees   $ 626,445

Prepared
3/24/14 5:10 PM