PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
FEBRUARY 27-28 2014
MILKING 285 COWS; 14 LTS/DAY
PRODUCING 55,860,840 LTS BIWEEKLY
***OCCUPYING 73.5% OF MILK QUOTA***

Dry cows: 255

Quota: 75,944 lts biweekly

**INCOME:**

|  |  |  | $ |
|---|---|---|---|
| **MILK SALES** VTM | (less ant. ) |  | 19366.00 |
|  | Indulac | 7,599 lts @ 84.120¢ | 6,393.00 |
|  | others | 2,660 lts @ 40¢ | 1064.00 |
| Money in bank |  |  | 973.00 |
|  | **Total Income:** |  | 27,796.00 |

**Less dairy Farm Expenses**

| | | | |
|---|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | | 397.00 | |
| Wages | 4 employees $1,770.00/wk | 1770.00 | 1 wk |
| Payroll taxes | 943 PR | 0.00 | |
| Income tax | | 0.00 | |
| Feed | 22 lbs/cow/day @ $19.50/Q | 8559.00 | |
| Forage | | 1000.00 | |
| Purchase of cattle | | 0.00 | |
| Medicines and Veterinary | | 75.00 | vet. Semanal |
| Farm repairs and Maintenance (cleaning oxidation pit) | | 0.00 | |
| Milking equipment repairs and maintenance | | 50.00 | |
| Farm machinery (tractor, generator,...) | | 50.00 | |
| Car & Truck | | 0.00 | |
| Gasoline and Diesel | | 100.00 | |
| Farm Insurance | | 0.00 | |
| Materials and Supplies | | 75.00 | |
| Utilities | | 0.00 | |
| Professional Services: CPA | | 0.00 | |
| | Attorney fees, licenses…. | 0.00 | |
| | hoof technician | 100.00 | |
| Semen & insemination | | 0.00 | |
| plaguicides and tick bath | | 0.00 | |
| milk weighing fees | | 0.00 | |
| Services | employees not on payroll | 600.00 | |
| Freight | | | |
| Bank charges | | 100.00 | |
| Lease | farm for dry cows and heifers, $30.00/cow | 1800.00 | |
| | **Total Farm expenses:** | 14676.00 | |

| | | | |
|---|---|---|---|
| **Less Obligations:** | milk quota | 1920.00 | |
| | Oriental Bank | 8000.00 | |
| | Chapt. 12 Trustee | 1000.00 | |
| **Less personal Expenses** | | 200.00 | |
| | **Total Farm, personal and Obligaton expenses:** | | 25796.00 |

**Net Income:**                                                                                      **2000.00**

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
FEBRUARY 27-28  2014
MILKING 285 COWS; 14 LTS/DAY
PRODUCING 55,860,840 LTS BIWEEKLY
***OCCUPYING 73.5% OF MILK QUOTA***

**WAGES ON PAYROLL**

<u>César García</u>
$420.00/wk

<u>José García Espinosa</u>
$400.00/wk

<u>José A. García</u>
$350.00/wk

<u>José O. Peraza</u>
$600.00/wk

**EMPLOYEES NOT ON PAYROLL**

| <u>José M. García</u> | <u>Oscar Pérez</u> |
|---|---|
| $400.00/wk | $200.00/wk |

**MILK ASSIGNMENTS VTM**

| | |
|---|---:|
| FFIL, program Higiene | 70.00 |
| Plan Médico | 717.00 |
| VTM miscellaneous (lab.) | <u>6.00</u> |
| | 793.00 |

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
FEBRUARY 27-28  2014
MILKING 285 COWS; 14 LTS/DAY
PRODUCING 55,860,840 LTS BIWEEKLY
***OCCUPYING 73.5% OF MILK QUOTA***

**PERSONAL EXPENSES**

| | | |
|---|---|---|
| AEE | 270.00 | |
| AAA | 75.00 | |
| Tel. | 175.00 | |
| Cable | 65.00 | |
| Groceries | 650.00 | |
| restaurants/fast foods | 520.00 | (Debtor eats out every day) |
| clothes, personal effects | 175.00 | |
| Drug store/medicines | 60.00 | |
| fuel | 400.00 | |
| car maintenance | 175.00 | |
| house mainenance | 230.00 | |
| miscellaneous | <u>100.00</u> | |
| | 2895.00 | |

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
MARCH 2014
MILKING 290 COWS; 14 LTS/DAY
PRODUCING 56,840 LTS BIWEEKLY
***OCCUPYING 74.84% OF MILK QUOTA***

Dry cows: 250

Quota: 75,944 lts biweekly

**INCOME:**

|  |  |  |  | $ |
|---|---|---|---|---|
| **MILK SALES** | VTM | 45,567 lts/14 days @ 84.179¢ |  | 38358.00 |
|  | VTM | 45,566 lts/14 @ 75¢ (end of govt. subsid |  | 34175.00 |
|  | Indulac | 15,189 lts/28 days @ 79.59¢ (blended) |  | 12,089.00 |
|  | others | 7,351 lts/28 days @ 40¢ |  | 2941.00 |
| Money in bank |  |  |  | 2000.00 |
|  | **Total Income:** |  |  | 89,563.00 |

**Less dairy Farm Expenses**

| | | | |
|---|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | 793.00 | | |
| Wages | 4 employees $1,770.00/wk | 7080.00 | |
| Payroll taxes | 943 PR | 1083.00 | |
| Income tax | | 0.00 | |
| Feed | 22 lbs/cow/day @ $19.50/Q | 34835.00 | |
| Forage | 82 bales/wk @ $32.00/bale | 10496.00 | ** |
| Purchase of cattle | | 0.00 | |
| Medicines and Veterinary | | 1520.00 | vet. Semanal |
| Farm repairs and Maintenance (cleaning oxidation pit) | 1450.00 | | |
| Milking equipment repairs and maintenance | 300.00 | | |
| Farm machinery (tractor, generator,...) | 500.00 | | |
| Car & Truck | | 200.00 | |
| Gasoline and Diesel | | 2800.00 | |
| Farm Insurance | | 600.00 | |
| Materials and Supplies | | 600.00 | |
| Utilities | | 2550.00 | |
| Professional Services: CPA | | 600.00 | |
| | Attorney fees, licenses…. | 25.00 | |
| | hoof technician | 600.00 | |
| Semen & insemination | | 550.00 | |
| plaguicides and tick bath | | 120.00 | |
| milk weighing fees | | 216.00 | |
| Services | employees not on payroll | 2400.00 | |
| Freight | | | |
| Bank charges | | 100.00 | |
| Lease | farm for dry cows and heifers, $30.00/cov | 1800.00 | |
| | **Total Farm expenses:** | 71218.00 | |
| **Less Obligations:** | milk quota | 1920.00 | |
| | Oriental Bank | 8000.00 | |
| | Chapter 12 Trustee | 1000.00 | |
| **Less personal Expenses** | | 3000.00 | |
| | **Total Farm, personal and Obligaton expenses:** | | 85138.00 |
| **Net Income:** | | | **4425.00** |

**Debtor will need to stock up on forage.

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
MARCH 2014
MILKING 290 COWS; 14 LTS/DAY
PRODUCING 56,840 LTS BIWEEKLY
***OCCUPYING 74.84% OF MILK QUOTA***

**WAGES ON PAYROLL**

César García
$420.00/wk

José García Espinosa
$400.00/wk

José A. García
$350.00/wk

José O. Peraza
$600.00/wk

**EMPLOYEES NOT ON PAYROLL**

| José M. García | Oscar Pérez |
|---|---|
| $400.00/wk | $200.00/wk |

**MILK ASSIGNMENTS VTM**

| | |
|---|---:|
| FFIL, program Higiene | 70.00 |
| Plan Médico | 717.00 |
| VTM miscellaneous (lab.) | 6.00 |
| | 793.00 |

\*\*Debtor will need to stock up on forage.

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
MARCH 2014
MILKING 290 COWS; 14 LTS/DAY
PRODUCING 56,840 LTS BIWEEKLY
***OCCUPYING 74.84% OF MILK QUOTA***

**PERSONAL EXPENSES**

| | | |
|---|---|---|
| AEE | 270.00 | |
| AAA | 75.00 | |
| Tel. | 175.00 | |
| Cable | 65.00 | |
| Groceries | 650.00 | |
| restaurants/fast foods | 520.00 | (Debtor eats out every day) |
| clothes, personal effects | 175.00 | |
| Drug store/medicines | 60.00 | |
| fuel | 400.00 | |
| car maintenance | 175.00 | |
| house mainenance | 230.00 | |
| miscellaneous | <u>100.00</u> | |
| | 2895.00 | |

**Debtor will need to stock up on forage.

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
APRIL  2014**
MILKING 300 COWS; 14 LTS/DAY
PRODUCING 58,800 LTS BIWEEKLY
***OCCUPYING 77% OF MILK QUOTA***

Dry cows: 240

Quota:75,944 lts biweekly

**INCOME:**

|  |  |  |  | $ |
|---|---|---|---|---|
| **MILK SALES** | VTM | 108,291 lts/35 days @ 75¢ | | 81219.00 |
| | Indulac | 19,758 lts/28 days @ 75¢ | | 14,819.00 |
| | others | 10,632 lts/28 days @ 40¢ | | 4253.00 |
| Money in bank | | | | 4425.00 |
| | **Total Income:** | | | 104,716.00 |

**Less dairy Farm Expenses**

| | | |
|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | 793.00 | |
| Wages | 4 employees $1,770.00/wk | 7080.00 |
| Payroll taxes | 943 PR & Unemployment | 1829.00 |
| Income tax | | 0.00 |
| Feed | 22 lbs/cow/day @ $19.50/Q | 36036.00 |
| Forage | 82 bales/wk @ $32.00/bale | 10496.00 |
| Purchase of cattle | | 0.00 |
| Medicines and Veterinary | | 1520.00 vet. Semanal |
| Farm repairs and Maintenance | | 250.00 |
| Milking equipment repairs and maintenance | | 300.00 |
| Farm machinery (tractor,  generator,...) | | 500.00 |
| Car & Truck | | 200.00 |
| Gasoline and  Diesel | | 2800.00 |
| Farm Insurance | | 600.00 |
| Materials and Supplies | | 600.00 |
| Utilities | | 2550.00 |
| Professional Services: CPA | | 600.00 |
| | Attorney fees, licenses…. | 25.00 |
| | hoof technician | 600.00 |
| Semen & insemination | | 550.00 |
| plaguicides and tick bath | | 120.00 |
| milk weighing fees | | 216.00 |
| Services | employees not on payroll | 2400.00 |
| Freight | | |
| Bank charges | | 100.00 |
| Lease | farm for dry cows and heifers, $30.00/cow | 1800.00 |
| | **Total Farm expenses:** | 71965.00 |

| | | | |
|---|---|---|---|
| **Less Obligations:** | milk quota | 1920.00 | |
| | Oriental Bank | 9000.00 | |
| | Chapter 12 Trustee | 4,975.00 | |

**Less personal Expenses**                                   3200.00

**Total Farm, personal and Obligaton expenses:**     91060.00

**Net Income:**                                                         **13656.00**

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
MAY 2014
MILKING 310 COWS; 14 LTS/DAY
PRODUCING 60,760 LTS BIWEEKLY
***OCCUPYING 80%% OF MILK QUOTA***

Dry cows: 230

Quota: 75,944 lts biweekly

**INCOME:**

| | | | $ |
|---|---|---|---|
| **MILK SALES** VTM | 91,193 lts/28 days @ 75¢ | | 68395.00 |
| Indulac | 15,199 lts/28 days @ 75¢ | | 11,399.00 |
| others | 15,199 lts/28 days @ 40¢ | | 6080.00 |
| Money in bank | | | 13656.00 |
| **Total Income:** | | | 99,530.00 |

**Less dairy Farm Expenses**

| | | | |
|---|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | | 793.00 | |
| Wages | 4 employees $1,770.00/wk | 8850.00 | 5 wks |
| Payroll taxes | 943 PR | 1354.00 | |
| Income tax | | 0.00 | |
| Feed | 22 lbs/cow/day @ $19.50/Q | 46547.00 | |
| Forage | 219 bales @ $32.00/bale | 7008.00 | |
| Purchase of cattle | | 0.00 | |
| Medicines and Veterinary | | 1520.00 | vet. Semanal |
| Farm repairs and Maintenance (oxidation pit included) | | 1450.00 | |
| Milking equipment repairs and maintenance | | 300.00 | |
| Farm machinery (tractor, generator,...) | | 500.00 | |
| Car & Truck | | 200.00 | |
| Gasoline and Diesel | | 1800.00 | |
| Farm Insurance | | 600.00 | |
| Materials and Supplies | | 600.00 | |
| Utilities | | 1550.00 | |
| Professional Services: CPA | | 600.00 | |
| | Attorney fees, licenses…. | 25.00 | |
| | hoof technician | 600.00 | |
| Semen & insemination | | 550.00 | |
| plaguicides and tick bath | | 120.00 | |
| milk weighing fees | | 216.00 | |
| Services | employees not on payroll | 3000.00 | 5 wks |
| Freight | | | |
| Bank charges | | 100.00 | |
| Lease | farm for dry cows and heifers, $30.00/co | 1800.00 | |
| **Total Farm expenses:** | | 80083.00 | |
| **Less Obligations:** | milk quota | 1920.00 | |
| | Oriental Bank | 9000.00 | |
| | Chapter 12 Trustee | 4,975.00 | |
| **Less personal Expenses** | | 3200.00 | |
| **Total Farm, personal and Obligaton expenses:** | | | 99178.00 |
| **Net Income:** (this money well be necessary to cover costs during summer months when production decreases 18-20%) | | | **352.00** |

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
JUNE 2014
MILKING 310 COWS; 13.75 LTS/DAY
PRODUCING 59,675 LTS BIWEEKLY
***OCCUPYING 78.5%% OF MILK QUOTA***

Dry cows: 230

Quota: 75,944 lts biweekly

**INCOME:**

| | | | $ |
|---|---|---|---|
| **MILK SALES** VTM | | 91,193 lts/28 days @ 75¢ | 68395.00 |
| **ADEA** | Production Incentive; approx. 369,460 lts @ 2¢/lt | | 7389.00 |
| | Indulac | 15,199 lts/28 days @ 75¢ | 11,399.00 |
| | others | 15,199 lts/28 days @ 40¢ | 6080.00 |
| Money in bank | | | 352.00 |
| | **Total Income:** | | 93,615.00 |

**Less dairy Farm Expenses**

| | | | |
|---|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higiene | | 793.00 | |
| Wages | 4 employees $1,770.00/wk | 7080.00 | |
| Payroll taxes | 943 PR | 1083.00 | |
| Income tax | | 0.00 | |
| Feed | 22 lbs/cow/day @ $19.50/Q | 37237.00 | |
| Forage | 250 bales @ $32.00/bale | 8000.00 | |
| Purchase of cattle | | 0.00 | |
| Medicines and Veterinary | | 1520.00 | vet. Semanal |
| Farm repairs and Maintenance | | 250.00 | |
| Milking equipment repairs and maintenance | | 300.00 | |
| Farm machinery (tractor, generator,...) | | 500.00 | |
| Car & Truck | | 200.00 | |
| Gasoline and Diesel | | 2800.00 | |
| Farm Insurance | | 600.00 | |
| Materials and Supplies | | 600.00 | |
| Utilities | | 2550.00 | |
| Professional Services: CPA | | 600.00 | |
| | Attorney fees, licenses…. | 25.00 | |
| | hoof technician | 600.00 | |
| Semen & insemination | | 550.00 | |
| plaguicides and tick bath | | 120.00 | |
| milk weighing fees | | 216.00 | |
| Services | employees not on payroll | 2400.00 | |
| Freight | | | |
| Bank charges | | 100.00 | |
| Lease | farm for dry cows and heifers, $30.00/cow | 1800.00 | |
| | **Total Farm expenses:** | 69924.00 | |

| | | | |
|---|---|---|---|
| **Less Obligations:** | milk quota | 1920.00 | |
| | Oriental Bank | 9000.00 | |
| | Trustee Chapt. 12 Plan | 4975.00 | |
| **Less personal Expenses** | | 3200.00 | |
| | Total Farm, personal and Obligaton expenses: | | 89019.00 |

**Net Income:**                                                                      **4596.00**

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
JULY 2014
MILKING 315 COWS; 13.50 LTS/DAY
PRODUCING 59,535 LTS BIWEEKLY
***OCCUPYING 78%% OF MILK QUOTA***

Culled: 2
Dry cows: 222

Quota:75,944 lts biweekly

**INCOME:**

| | | | $ |
|---|---|---|---|
| **MILK SALES** VTM | | 91,193 lts/28 days @ 75¢ | 68395.00 |
| cows sold for meat (2) | | | 850.00 |
| | Indulac | 15,199 lts/28 days @ 75¢ | 11,399.00 |
| | others | 12,159 lts/28 days @ 40¢ | 4864.00 |
| Money in bank | | | 4596.00 |
| **Total Income:** | | | 90,104.00 |

**Less dairy Farm Expenses**

| | | |
|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | 793.00 | |
| Wages | 4 employees $1,770.00/wk | 7080.00 |
| Payroll taxes | 943 PR & Unemployment | 1829.00 |
| CFSE | | 880.00 |
| Feed | 22 lbs/cow/day @ $19.50/Q | 37838.00 |
| Forage | 38 bales/wk @ $32.00/bale | 6000.00 |
| Purchase of cattle | | 0.00 |
| Medicines and Veterinary | | 1520.00 vet. Semanal |
| Farm repairs and Maintenance (oxidation pit) | | 1450.00 |
| Milking equipment repairs and maintenance | | 300.00 |
| Farm machinery (tractor, generator,...) | | 500.00 |
| Car & Truck | | 200.00 |
| Gasoline and Diesel | | 1800.00 |
| Farm Insurance | | 600.00 |
| Materials and Supplies | | 600.00 |
| Utilities | | 2550.00 |
| Professional Services: CPA | | 600.00 |
| | Attorney fees, licenses…. | 25.00 |
| | hoof technician | 600.00 |
| Semen & insemination | | 550.00 |
| plaguicides and tick bath | | 120.00 |
| milk weighing fees | | 216.00 |
| Services | employees not on payroll | 2400.00 |
| Freight | | |
| Bank charges | | 100.00 |
| Lease | farm for dry cows and heifers, $30.00/cow | 1800.00 |
| **Total Farm expenses:** | | 70351.00 |

| | | |
|---|---|---|
| **Less Obligations:** | milk quota | 1920.00 |
| | Oriental Bank | 9000.00 |
| | Trustee Chapt. 12 Plan | 4975.00 |

**Less personal Expenses** 3200.00

**Total Farm, personal and Obligaton expenses:** 89446.00

**Net Income:** 658.00

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
AUGUST 2014**
MILKING 315 COWS; 13 LTS/DAY
PRODUCING 57,330 LTS BIWEEKLY
**OCCUPYING 75%% OF MILK QUOTA**

Culled: 2
Dry cows: 220

Quota: 75,944 lts biweekly
Liq. Factor VTM 66%

**INCOME:** Indulac: 7%

| | | | |
|---|---|---|---|
| **MILK SALES** VTM | 125,390 lts/35 days @ 75¢ | 94043.00 | |
| Cows sold for meat (2) | | 850.00 | |
| Indulac | 10,639 lts/28 days @ 75¢ | 7,979.00 | |
| others | 3,040 lts/28 days @ 40¢ | 1216.00 | |
| Money in bank | | 658.00 | |
| **Total Income:** | | | 104,746.00 |

**Less dairy Farm Expenses**

| | | | |
|---|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | 793.00 | |
| Wages | 4 employees $1,770.00/wk | 8850.00 | |
| Payroll taxes | 943 PR | 1354.00 | |
| CFSE | | 0.00 | |
| Feed | 22 lbs/cow/day @ $19.50/Q | 47298.00 | |
| Forage | 38 bales/wk @ $32.00/bale | 6000.00 | |
| Purchase of cattle | | 0.00 | |
| Medicines and Veterinary | | 1520.00 | vet. Semanal |
| Farm repairs and Maintenance | | 1450.00 | |
| Milking equipment repairs and maintenance | | 300.00 | |
| Farm machinery (tractor, generator,...) | | 500.00 | |
| Car & Truck | | 200.00 | |
| Gasoline and Diesel | | 2800.00 | |
| Farm Insurance | | 600.00 | |
| Materials and Supplies | | 600.00 | |
| Utilities | | 2550.00 | |
| Professional Services: CPA | | 600.00 | |
| | Attorney fees, licenses…. | 25.00 | |
| | hoof technician | 600.00 | |
| Semen & insemination | | 550.00 | |
| plaguicides and tick bath | | 120.00 | |
| milk weighing fees | | 216.00 | |
| Services | employees not on payroll | 3000.00 | |
| Freight | | | |
| Bank charges | | 100.00 | |
| Lease | farm for dry cows and heifers, $30.00/cow | 1800.00 | |
| **Total Farm expenses:** | | 81826.00 | |

| | | | |
|---|---|---|---|
| **Less Obligations:** | milk quota | 2880.00 | |
| | Oriental Bank | 9000.00 | |
| | Trustee Chapt. 12 Plan | 4975.00 | |
| **Less personal Expenses** | | 3200.00 | |
| **Total Farm, personal and Obligaton expenses:** | | 101881.00 |
| **Net Income:** | | | **2865.00** |

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
SEPTEMBER 2014
MILKING 315 COWS; 12 LTS/DAY
PRODUCING 52,920 LTS BIWEEKLY
**_OCCUPYING 69.6%% OF MILK QUOTA_**

Culled: 2
Dry cows: 218

Quota:75,944 lts biweekly
Liq. Factor VTM 72%
**INCOME:** Indulac: 18%

| | | | $ |
|---|---|---|---|
| **MILK SALES** VTM | 105,840 lts/28 days @ 75¢ | | 79380.00 |
| ADEA | Production Incentive: approx. 381.863 lts @ 2¢/lt | | 7637.00 |
| | Indulac | | 0.00 |
| | others | | 0.00 |
| Money in bank | | | 2865.00 |
| | **Total Income:** | | 89,882.00 |

**Less dairy Farm Expenses**

| | | | |
|---|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | | 793.00 | |
| Wages | 4 employees $1,770.00/wk | 7080.00 | |
| Payroll taxes | 943 PR | 1083.00 | |
| CFSE | | 0.00 | |
| Feed | 22 lbs/cow/day @ $19.50/Q | 37838.00 | |
| Forage | 38 bales/wk @ $32.00/bale | 6000.00 | |
| Purchase of cattle | | 0.00 | |
| Medicines and Veterinary | | 1520.00 | vet. Semanal |
| Farm repairs and Maintenance | | 1450.00 | |
| Milking equipment repairs and maintenance | | 300.00 | |
| Farm machinery (tractor, generator,...) | | 500.00 | |
| Car & Truck | | 200.00 | |
| Gasoline and Diesel | | 2800.00 | |
| Farm Insurance | | 600.00 | |
| Materials and Supplies | | 600.00 | |
| Utilities | | 2550.00 | |
| Professional Services: CPA | | 600.00 | |
| | Attorney fees, licenses…. | 25.00 | |
| | hoof technician | 600.00 | |
| Semen & insemination | | 550.00 | |
| plaguicides and tick bath | | 120.00 | |
| milk weighing fees | | 216.00 | |
| Services | employees not on payroll | 2400.00 | |
| Freight | | | |
| Bank charges | | 100.00 | |
| Lease | farm for dry cows and heifers, $30.00/cow | 1800.00 | |
| | **Total Farm expenses:** | 69725.00 | |
| | | | |
| **Less Obligations:** | milk quota | 1920.00 | |
| | Oriental Bank | 9000.00 | |
| | Trustee Chapt. 12 Plan | 4975.00 | |
| **Less personal Expenses** | | 3200.00 | |
| | Total Farm, personal and Obligaton expenses: | | 88820.00 |
| **Net Income:** | | | **1062.00** |

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
OCTOBER 2014**
MILKING 322 COWS; 11 LTS/DAY
PRODUCING 49,588 LTS BIWEEKLY
**OCCUPYING 65% OF MILK QUOTA**

Enter: 7 heifers
Culled: 2
Dry cows: 216

Quota:75,944 lts biweekly
Liq. Factor VTM: 94%
**INCOME:**          Indulac: 6%

|  |  |  | $ |
|---|---|---|---|
| **MILK SALES** VTM | 123,970 lts/35 days @ 75¢ |  | 92978.00 |
| Cows sold for meat (2) |  |  | 850.00 |
|  | Indulac |  | 0.00 |
|  | others |  | 0.00 |
| Money in bank |  |  | 1062.00 |
|  | Total Income: |  | 94,890.00 |
| **Less dairy Farm Expenses** |  |  |  |
| Milk Assignments VTM; medical insurance & prog. Higie |  | 793.00 |  |
| Wages | 4 employees $1,770.00/wk |  | 8850.00 5 wks |
| Payroll taxes | 943 PR  & Unemployment |  | 2134.00 |
| CFSE |  |  | 0.00 |
| Feed | 22 lbs/cow/day @ $19.50/Q |  | 40348.00 ** |
| Forage | 38 bales/wk @ $32.00/bale |  | 6000.00 |
| Purchase of cattle |  |  | 0.00 |
| Medicines and Veterinary |  |  | 1520.00 vet. Semanal |
| Farm repairs and Maintenance |  |  | 1450.00 |
| Milking equipment repairs and maintenance |  |  | 300.00 |
| Farm machinery (tractor, generator,...) |  |  | 500.00 |
| Car & Truck |  |  | 200.00 |
| Gasoline and Diesel |  |  | 2800.00 |
| Farm Insurance |  |  | 600.00 |
| Materials and Supplies |  |  | 600.00 |
| Utilities |  |  | 2550.00 |
| Professional Services: CPA |  |  | 600.00 |
|  | Attorney fees, licenses…. |  | 25.00 |
|  | hoof technician |  | 600.00 |
| Semen & insemination |  |  | 550.00 |
| plaguicides and tick bath |  |  | 120.00 |
| milk weighing fees |  |  | 216.00 |
| Services | employees not on payroll |  | 3000.00 |
| Freight |  |  |  |
| Bank charges |  |  | 100.00 |
| Lease | farm for dry cows and heifers, $30.00/cow |  | 1800.00 |
|  | **Total Farm expenses:** |  | 75656.00 |
|  |  |  |  |
| **Less Obligations:** | milk quota |  | 1920.00 |
|  | Oriental Bank |  | 9000.00 |
|  | Trustee Chapt. 12 Plan |  | 4975.00 |
| **Less personal Expenses** |  |  | 3200.00 |
|  |  |  |  |
|  | **Total Farm, personal and Obligaton expenses:** |  | 94751.00 |
| **Net Income:** |  |  | **139.00** |

** dejando $8,000.00 a créito con molino de alimento

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
NOVEMBER 2014
MILKING 330 COWS; 11.5 LTS/DAY
PRODUCING 53,130 LTS BIWEEKLY
**OCCUPYING 70% OF MILK QUOTA**

Enter: 10 heifers
Culled: 4
Dry cows: 214

Quota: 75,944 lts biweekly
Liq. Factor VTM: 76%

**INCOME:**

| | | | $ |
|---|---|---|---|
| **MILK SALES** VTM | 106,260 lts/28 days @ 75¢ | | 79695.00 |
| **cows sold for meat (4)** | | | 1700.00 |
| Indulac | | | 0.00 |
| others | | | 0.00 |
| Money in bank | | | 139.00 |
| Total Income: | | | 81,534.00 |

**Less dairy Farm Expenses**

| | | |
|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | 793.00 | |
| Wages   4 employees $1,770.00/wk | 7080.00 | |
| Payroll taxes  943 PR | 1083.00 | |
| CFSE | 0.00 | |
| Feed   22 lbs/cow/day @ $19.50/Q | 26640.00 | ** |
| Forage   38 bales/wk @ $32.00/bale | 6000.00 | |
| Purchase of cattle | 0.00 | |
| Medicines and Veterinary | 1520.00 | vet. Semanal |
| Farm repairs and Maintenance | 250.00 | |
| Milking equipment repairs and maintenance | 300.00 | |
| Farm machinery (tractor, generator,...) | 500.00 | |
| Car & Truck | 200.00 | |
| Gasoline and Diesel | 2800.00 | |
| Farm Insurance | 600.00 | |
| Materials and Supplies | 600.00 | |
| Utilities | 2550.00 | |
| Professional Services: CPA | 600.00 | |
| Attorney fees, licenses…. | 25.00 | |
| hoof technician | 600.00 | |
| Semen & insemination | 550.00 | |
| plaguicides and tick bath | 120.00 | |
| milk weighing fees | 216.00 | |
| Services   employees not on payroll | 2400.00 | |
| Freight | | |
| Bank charges | 100.00 | |
| Lease   farm for dry cows and heifers, $30.00/cow | 1800.00 | |
| **Total Farm expenses:** | **57327.00** | |
| **Less Obligations:**   milk quota | 1920.00 | |
| Oriental Bank | 9000.00 | |
| Trustee Chapt. 12 Plan | 4975.00 | |
| | | |
| **Less personal Expenses** | 3200.00 | |
| | | |
| **Total Farm, personal and Obligaton expenses:** | 76422.00 | |
| **Net Income:** | **5112.00** | |

** dejando $13,000.00 a crédito con molino de alimento

PROJECTIONS VAQUERIA JUAN JOSE PERAZA MORA
DECEMBER 2014
MILKING 338 COWS; 12 LTS/DAY
PRODUCING 56,784 LTS BIWEEKLY
**OCCUPYING 74.7% OF MILK QUOTA**

Enter: 10 heifers
Culled: 2
Dry cows: 214

Quota: 75,944 lts biweekly
Liq. Factor VTM: 53%
**INCOME:** INDULAC: 8%

| | | | $ |
|---|---|---|---|
| **MILK SALES** VTM | 80,554 lts/28 days @ 75¢ | | 60415.00 |
| ADEA | Production Incentive: 366,500 lts @ 2¢/lt | | 7330.00 |
| | Indulac | 12,159 lt/28 days @ 75¢/lt | 9,119.00 |
| | others | 20,822 lts /28 days @ 40¢/lt | 8329.00 |
| Money in bank | | | <u>5112.00</u> |
| | **Total Income:** | | 90,305.00 |

**Less dairy Farm Expenses**
| | | | |
|---|---|---|---|
| Milk Assignments VTM; medical insurance & prog. Higie | | 793.00 | |
| Wages | 4 employees $1,770.00/wk | 7080.00 | |
| Payroll taxes | 943 PR | 1083.00 | |
| CFSE | | 0.00 | |
| Feed | 22 lbs/cow/day @ $19.50/Q | 39601.00 | |
| Forage | 38 bales/wk @ $32.00/bale | 6000.00 | |
| Purchase of cattle | | 0.00 | |
| Medicines and Veterinary | | 1520.00 | vet. Semanal |
| Farm repairs and Maintenance | | 250.00 | |
| Milking equipment repairs and maintenance | | 300.00 | |
| Farm machinery (tractor, generator,...) | | 500.00 | |
| Car & Truck | | 200.00 | |
| Gasoline and Diesel | | 2800.00 | |
| Farm Insurance | | 600.00 | |
| Materials and Supplies | | 600.00 | |
| Utilities | | 2550.00 | |
| Professional Services: CPA | | 600.00 | |
| | Attorney fees, licenses…. | 25.00 | |
| | hoof technician | 600.00 | |
| Semen & insemination | | 550.00 | |
| plaguicides and tick bath | | 120.00 | |
| milk weighing fees | | 216.00 | |
| Services    employees not on payroll | | 2400.00 | |
| Freight | | | |
| Bank charges | | 100.00 | |
| Lease | farm for dry cows and heifers, $30.00/cow | <u>1800.00</u> | |
| | **Total Farm expenses:** | 70288.00 | |
| **Less Obligations:** | milk quota | 1920.00 | |
| | Oriental Bank | 9000.00 | |
| | Trustee Chapt. 12 Plan | <u>4975.00</u> | |
| **Less personal Expenses** | | 3200.00 | |
| | Total Farm, personal and Obligaton expenses: | | 89383.00 |

**Net Income:** <u>922.00</u>