# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**IN RE:** JUAN JOSE PERAZA MORA

GLORIA ESTHER BATISTA MOLINA

Bankruptcy Number: 14-01392-ESL

Chapter 12

## STANDING CHAPTER 12 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **02/26/2014**
Days From Petition Date: **44**
910 Days Before Petition: **08/31/2011**
Chapter 12 Plan Date: **03/28/2014**  ☐ Amended
This is Debtor(s) 2nd Bankruptcy petition.
Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Check/MO# _____

First Meeting Date: **04/02/2014 at 9:00AM**
341 Meeting Date: **04/03/2014 at 9:00AM**
Confirmation Hearing Date:
Plan Base: **$298,500.00**   Docket Number:
This is the 2nd scheduled meeting.
Total Paid In: **$0.00**
Date: _____  Amount: $ _____

## I. Appearances:   ☐ Telephone   ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☐ ID & Soc. OK          Joint Debtor: ☑ Present ☐ Absent ☐ ID & Soc. OK

☑ Examined   ☐ Not Examined under Oath              ☑ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present   Name of Attorney Present: _____
☐ Pro-se
Creditor(s) Present        None                  (Other Than Attorney of Record)

Maristella Sanchez, for Oriental Bank
Charles P. Gilmore, for Federacion Asoc.Pecuarias PR
Samuel Noriega, for Federacion Asoc.Pecuarias PR
Albert Lopez, for HatiCoop

## II. Attorney Fees as per R 2016(b) Statement:   Attorney of Record: **VICTOR GRATACOS DIAZ***

Total Agreed: $ **10000**    Paid Pre-Petition: **$1,500.00**   Outstanding (Through the Plan): **$8,500.00**

## III. Trustee will file Motion to Dismiss:   ☐ For Failure to Appear   ☐ For Failure to Commence Payments

## IV. Trustee's Report on Confirmation & Status of §341 Meeting

Liquidation Value: $ **619,070.00**          Gen. Uns. Approx. Dist.: _____ %

**The Trustee:**   ☐ **NOT OBJECTS**   ☑ **OBJECTS**   Plan Confirmation

**§341 Meeting**   ☐ CONTINUED   ☐ NOT HELD   ☑ CLOSED   ☐ HELD OPEN FOR DAYS

§341 Meeting Rescheduled for:

Comments:

## V. Trustee's OBJECTIONS to Confirmation:

[1225(a)(6)] Insufficiently Funded - Plan funding insufficient to comply with Creditors Best Interest Test. [1225(a)(4)]

Proposed base is insufficiently funded to pay in full (plus 3.25% Legal Interest) the amount owed to the unsecured creditors. A minimum base needed cannot be determined yet until Bar Date.

## VI Other Comments / Objections

1) Debtor must provide documents regarding the surrendering of Milk Quota in favor of Pedro Amador
2) Debtor must provide evidence of having enrolled in DHI Program
3) Must file Projections regarding expected Income and Expenses of Farm. Must also file Monthly Operational Reports
4) Must provide list of employees including names, position, salaries and las 4 digits of SS numbers.

| /s/ Jose R. Carrion, Esq. | /s/ Jose R. Carrion, Esq. | Date: 4/2/2014 |
|---|---|---|
| Trustee | Presiding Officer | |