IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

**JUAN J. PERAZA MORA**
**GLORIA E. BATISTA MOLINA**
  Debtor(s).

Case No.:**14-01392 ESL**

Chapter 12

# TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1225

TO THE HONORABLE COURT:  NOW COMES, José R. Carrión, Chapter 12 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under 11 U.S.C. §1225, for the confirmation of a Chapter 12 plan.

The **LIQUIDATION VALUE** of the estate has been determined in **$619,070.00**.         **R2016 STM**. **$10,000.00**

| TOTAL ATTORNEYS FEES THRU PLAN: $8,500.00 | Fees paid: $0.00 | Fees Outstanding: $8,500.00 |
|---|---|---|

  With respect to the proposed (amended) Plan dated:  **July 7th, 2016 (Dkt.No.138, 144)**      Plan Base: **$736,060.29**

**The Trustee _Recommends_ the _confirmation_ of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1225 and other related sections of the Bankruptcy Code.**

COMMENTS:

1.  The Motion supplementing plan, filed by debtors on August 9th, 2016, seems to properly address all issues and objections raised by creditor Triangle Cayman in their Objection to plan confirmation (filed on docket No.142). Furthermore, the projections filed on July 20th, 2016 (Dkt.No.141) coincide with the production numbers provided in the last Operating Reports filed by debtor on March 2016, providing enough proof of debtors' capacity to fund the plan as proposed. However, debtor must file the pending monthly reports for April, May, June and July in order to comply with their disclosure obligation and further support the viability of plan as proposed.

2.  Amount of Attorney Fees in plan ($12,000.00) do not coincide with amount stated in R2016 Statement of Compensation ($10,000). Trustee would not oppose a request by debtor's attorney in order to receive the compensation stated in plan. However, the same should be requested through an Application which will be paid upon approval by the Court. Until then, Trustee will pay attorney according to the amount stated in R2016.

In San Juan, Puerto Rico this **24TH** day of **AUGUST** of 2016.

/S/ JOSE R. CARRION
_____
JOSE R. CARRION, CHAPTER 12 TRUSTEE
P.O. Box 9023884, Old San Juan Station
San Juan, PR  00902-3884
Tel. (787) 977-3535 Fax (787) 977-3550

INP